# EXHIBIT 1

| Curriculum Vitae | **R. Karl Hanson** |
|---|---|

Work address    Corrections and Criminal Justice Research
Public Safety Canada
340 Laurier Avenue, West
Ottawa, Ontario  K1A 0P8
Canada

Phone (613) 991-2840
Fax (613) 990-8295
email: Karl.Hanson@ps-sp.gc.ca

Education

1986 - Ph.D. in Clinical Psychology, University of Waterloo
1981 - B.A.(Hons), Psychology, Simon Fraser University

Professional Awards and Distinctions

2010 - Public Safety Canada: Student Recognition Award
2007 – Public Safety Canada: Departmental Achievement Award
2007 – Public Safety Canada: Student Recognition Award
2006 – Public Service Merit Awards for Exceptional Performance
2003 – Canadian Psychological Association: Fellow
2002 – The Association for the Treatment of Sexual Offenders: Significant Achievement Award
1998 – Public Service Merit Award for Exceptional Performance

Academic Awards

As a student (1978 – 1986), I received SSHRC doctoral and M.A. fellowships as well as awards
and scholarships from Simon Fraser University, Capilano College and the University of
Manitoba (where I completed my internship in clinical psychology).

Current Employment

| Start Dates | Location | Duties |
|---|---|---|
| 2/2009 - | Public Safety Canada | Senior Research Scientist. Conduct and supervise research on corrections, with a particular focus on sexual offenders and family violence |
| 6/2004 | Carleton University | Adjunct Professor |

Professional Work Experience

| Dates | | Location | Duties |
|---|---|---|---|
| 4/1991 - | 2/2009 | Solicitor General Canada/Public Safety Canada | Senior Research Officer. |
| 9/1986 – | 4/1991 | York University | Course Director (Personality, Abnormal, Research). Supervision of student research. (part-time) |
| 9/1987- | 1/1991 | Ontario Ministry of Correctional Services | Assessment, short-term treatment of offenders on probation and parole, staff consultation (part-time) |

R.K. Hanson, Ph.D.

Between 1987 and 1990, I was a research consultant for several organizations including the Solicitor General Canada (sexual offenders, impact of sexual victimization) and Thistletown Regional Centre (incest offender assessment).  I taught psychopathology at Trent University and the Adlerian Institute.  As well, I was engaged in the assessment and treatment of forensic clients, including sexual offenders at the Clarke Institute of Psychiatry (now Centre for Addiction and Mental Health, Toronto, Ontario, Canada).

Clinical Training

I completed a one-year post-doctoral A.P.A./C.P.A. approved internship at the Health Sciences Centre, University of Manitoba in 85/86, and had prior internship experience with adults and children at the University of Waterloo, and Sunnybrook Medical Centre (Toronto).  I have been registered as a psychologist in Ontario since 1987.  My clinical expertise concerns the assessment and treatment of adult offenders.

Journal Publications (refereed)

Helmus, L., Hanson, R.K., Babchishin, K.M., & Mann, R.E. (in press). Attitudes supportive of sex offending predict recidivism: A meta-analysis. *Trauma, Violence, & Abuse*. doi:10.1177/1524838012462244

Babchishin, K.M., Hanson, R.K., & Helmus, L. (in press). Even highly correlated measures can add incrementally to predicting recidivism among sex offenders. *Assessment*. doi:10.1177/1073191112458312

Hanson, R.K., Letourneau, E.J., Olver, M.E., Wilson, R.J., & Miner, M.H. (2012). Incentives for offender research participation are both ethical and practical. *Criminal Justice and Behavior, 39*(11), 1389 - 1402. doi:10.1177/0093854812449217

Helmus, L., Hanson, R.K., Thornton, D., Babchishin, K.M., & Harris, A.J.R. (2012). Absolute recidivism rates predicted by Static-99R and Static-2002R sex offender risk assessment tools vary across samples: A meta-analysis. *Criminal Justice and Behavior, 39*(9), 1148-1171. doi:10.1177/0093854812443648

Hanson, R.K., Lloyd, C.D., Helmus, L., & Thornton, D. (2012). Developing non-arbitrary metrics for risk communication: Percentile ranks for the Static-99/R and Static-2002/R sexual offender risk scales. *International Journal of Forensic Mental Health, 11*(1), 9-23. DOI:10.1080/14999013.2012.667511

Helmus, L., Thornton, D., Hanson, R.K., & Babchishin, K.M. (2012). Improving the predictive accuracy of Static-99 and Static-2002 with older sex offenders: Revised age weights. *Sexual Abuse: A Journal of Research and Treatment, 24*(1), 64-101. doi:10.1177/1079063211409951

Babchishin, K.M., Hanson, R.K., & Hermann, C.A. (2011). The characteristics of online sex offenders: A meta-analysis. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 92-123.

R.K. Hanson, Ph.D.

Seto, M.C., Hanson, R.K., & Babchishin, K.M. (2011). Contact sexual offending by men with online sexual offenses. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 124-145.

Cortoni, F., Hanson, R.K., & Coache, M. (2010). The recidivism rates of female sexual offenders are low: A meta-analysis. *Sexual Abuse: A Journal of Research and Treatment, 22*(4), 387-401.

Hanson, R.K., & Howard, P.D. (2010). Individual confidence intervals do not inform decision-makers about the accuracy of risk assessment evaluations. *Law and Human Behavior, 4,* 275 – 281. DOI: 10.1007/s10979-010-9227-3.

Mann, R.E., Hanson, R.K., & Thornton, D. (2010). Assessing risk for sexual recidivism: Some proposals on the nature of psychologically meaningful risk factors. *Sexual Abuse: A Journal of Research and Treatment, 22*(2), 191-217.

Hanson, R.K., Helmus, L., & Thornton, D. (2010). Predicting recidivism among sexual offenders: a multi-site study of Static-2002. *Law and Human Behavior, 34,* 198-211.

Cortoni, F., Hanson, R.K., & Coache, M. (2009). Les déliquantes sexuelles: prevalence et récidive [Female sexual offenders: Prevalence and recidivism]. *Revue Internationale de Criminologie et de Police Technique et Scientifique, 62,* 319-337.

Hanson, R. K. (2009). The psychological assessment of risk for crime and violence. *Canadian Psychology/Psychologie canadienne, 20*(3), 172-182.

Hanson, R.K., Bourgon, G., Helmus, L., & Hodgson, S. (2009). The principles of effective correctional treatment also apply to sexual offenders : A meta-analysis. *Criminal Justice and Behavior, 36,* 865-891.

Hanson, R.K., & Morton-Bourgon, K.E. (2009). The accuracy of recidivism risk assessments for sexual offenders: A meta-analysis of 118 prediction studies. *Psychological Assessment, 21,* 1-21.

Whitaker, D. J., Le, B., Hanson, R.K., Baker, C.K., McMahon, P., Ryan, G., Klein, A., & Rice, D.D. (2008). Risk factors for the perpetration of child sexual abuse: A review and meta-analysis. *Child Abuse & Neglect, 32,* 529-548.

Price, S., & Hanson, R.K. (2007). A Modified Stroop Task With Sexual Offenders: Replication of a Study. *Journal of Sexual Aggression, 13*(3), 203-216.

Helmus, L. M. D., & Hanson, R. K. (2007). Predictive Validity of the Static-99 and Static-2002 for Sex Offenders on Community Supervision. *Sexual Offender Treatment, 2,* 1-14.

Nunes, K. L., Hanson, R. K., Firestone, P., Moulden, H. M., Greenberg, D. M., & Bradford, J. M. (2007). Denial predicts recidivism for some sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 19*(2), 91-105.

Hanson, R.K. (2006). Does Static-99 predict recidivism among older sexual offenders? *Sexual Abuse: A Journal of Research and Treatment, 18,* 343-355.

Långström, N., & Hanson, R.K. (2006).  High rates of sexual behavior in the general population: Correlates and predictors. *Archives of Sexual Behavior, 35*, 37-52.

Hanson, R.K., & Broom, I. (2005).  The utility of cumulative meta-analysis: Application to programs for reducing sexual violence.  *Sexual Abuse: A Journal of Research and Treatment, 17,* 357-373.

Hanson, R.K., & Morton-Bourgon, K.E. (2005). The characteristics of persistent sexual offenders: A meta-analysis of recidivism studies.  *Journal of Consulting and Clinical Psychology, 73,* 1154-1163.

  Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 24*(5), 2006.

Hanson, R. K., & Wallace-Capretta, S. (2004).  Predictors of criminal recidivism among male batterers.  *Psychology, Crime, & Law, 10*(4), 413-427.

Hanson, R. K., Broom, I., & Stephenson, M. (2004).  Evaluating community sex offender treatment programs: A 12-year follow-up of 724 offenders.  *Canadian Journal of Behavioural Science, 36,* 87-96.

Hanson, R. K. (2003).  Empathy deficits of sexual offenders: A conceptual model.  *Journal of Sexual Aggression, 9,* 13-23.

Hanson, R. K. (2002).  Recidivism and age: Follow-up data on 4,673 sexual offenders.  *Journal of Interpersonal Violence, 17,* 1046-1062.

Hanson, R. K., Gordon, A., Harris, A. J. R., Marques, J. K., Murphy, W., Quinsey, V. L., & Seto, M. C. (2002).  First report of the Collaborative Outcome Data Project on the effectiveness of psychological treatment for sexual offenders.  *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 169-194.

Beech, A., Friendship, C., Erikson, M., & Hanson, R. K. (2002). The relationship between static and dynamic risk factors and reconviction in a sample of U.K. child abusers.  *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 155-167.

Rooney, J., & Hanson, R. K. (2001).  Predicting attrition from treatment programs for abusive men. *Journal of Family Violence, 16*(2), 131-149.

Hanson, R. K., & Harris, A. J. R. (2001).  A structured approach to evaluating change among sexual offenders.  *Sexual Abuse: A Journal of Research and Treatment, 13*(2), 105-122.

Laws, D. R., Hanson, R. K., Osborn, C. A., Greenbaum, P. E., & Murrin, M. R. (2000).  Classification of child molesters by plethysmographic assessment of sexual arousal and a self-report measure of sexual preference.  *Journal of Interpersonal Violence, 15*(12), 1297-1312.

Hanson, R. K., & Nicholaichuk, T. (2000).  A cautionary note regarding Nicholaichuk et al. (2000).  *Sexual Abuse: A Journal of Research and Treatment, 12*(4), 289-293.

Hanson, R. K., & Thornton, D. (2000).  Improving risk assessments for sex offenders: A comparison of three actuarial scales. *Law and Human Behavior, 24(*1), 119-136.

Hanson, R. K., & Harris, A. J. R. (2000). Where should we intervene? Dynamic predictors of sex offense recidivism.  *Criminal Justice and Behavior, 27,* 6-35.

Hanson, R. K. (1999).  Working with sex offenders: A personal view.  *Journal of Sexual Aggression, 4*(2), 81-93.

Parker, K. C. H., Hunsley, J., & Hanson, R. K. (1999). Old wine from old skins sometimes tastes like vinegar: A response to Garb, Floria & Grove. *Psychological Science, 10,* 291-292.

4

Hanson, R. K., Pronovost, I., Proulx, J., Scott, H., & Raza, H. (1998). Pédophile et distortions cognitive: Étude des propriétés psychométriques d'une version française de l'Échelle cognitive d'Abel et Becker. *Revue sexologique/Sexology Review, 6,* 127-141.

Hanson, R. K. (1998).  What do we know about sexual offender risk assessment? *Psychology, Public Policy and Law, 4,* 50-72.

- Reprinted in A. Schlank and F. Cohen, (1999). *The Sexual Predator:  Law, Policy, Evaluation and Treatment* (pp. 8:1- 8:24). Kingston, NJ:  Civic Research Institute.

Hanson, R. K., & Bussière, M. T. (1998). Predicting relapse: A meta-analysis of sexual offender recidivism studies.  *Journal of Consulting and Clinical Psychology, 66*(2), 348-362.

- Abstracted in *Scientific American, 278*(6), 28, 1998.

- Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 16*(7), 1998.

- Abstracted in *Year Book of Psychiatry and Applied Mental Health* (1999).

Bonta, J., Law, M., & Hanson, R. K. (1998).  The prediction of criminal and violent recidivism among mentally disordered offenders:  A meta-analysis.  *Psychological Bulletin, 123*(2), 123-142.

Hanson, R. K., Cadsky, O., Harris, A., & Lalonde, C. (1997).  Correlates of battering among 997 men:  Family history, adjustment and attitudinal differences.  *Violence and Victims, 12*(3), 191-208.

Hanson, R. K. (1997).  How to know what works with sex offenders.  *Sexual Abuse: A Journal of Research and Treatment, 9*(2), 129-145.

Cadsky, O., Hanson, R. K., Crawford, M., & Lalonde, C. (1996). Attrition from a male batterer treatment program:  Client-treatment congruence and lifestyle instability.  *Violence and Victims, 11,* 51-64.

Hanson, R. K., & Scott, H. (1996).  Social networks of sexual offenders.  *Psychology, Crime, & Law, 2,* 249-258.

Hanson, R. K. (1996).  Evaluating the contribution of relapse prevention theory to the treatment of sexual offenders.  *Sexual Abuse: A Journal of Research and Treatment, 8*(3), 201-208.

Hanson, R. K., & Scott, H. (1995). Assessing perspective taking among sexual offenders, non-sexual criminals and non-offenders.  *Sexual Abuse:  A Journal of Research and Treatment, 7,* 259-277.

Hanson, R. K., Scott, H., & Steffy, R. A. (1995).  A Comparison of Child Molesters and Non-Sexual Criminals:  Risk Predictors and Long-term Recidivism.  *Journal of Research in Crime and Delinquency, 32*(3), 325-337.

Hanson, R. K., & Whitman, R. (1995).  A rural, community action model for treating abusive men.  *Canadian Journal of Community Mental Health, 14,* 49-59.

Hanson, R. K., Gizzarelli, R., & Scott, H. (1994). The attitudes of incest offenders: Sexual entitlement and acceptance of sex with children.  *Criminal Justice and Behavior, 21,* 187-202.

R.K. Hanson, Ph.D.

Hanson, R. K., & Slater, S. (1993).  Reactions to motivational accounts of child molesters.  *Journal of Child Sexual Abuse, 2*(4), 43-59.

Hanson, R. K., Steffy, R. A., & Gauthier, R. (1993).  Long-term recidivism of child molesters.  *Journal of Consulting and Clinical Psychology, 61,* 646-652.

   - Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 11*(12), 1, 1993.

Hanson, R. K. (1992).   Thematic analysis of daily events as a method of personality assessment.  *Journal of Personality Assessment, 58*(3), 606-620.

Wormith, J. S., & Hanson, R. K. (1992).  The treatment of sexual offenders in Canada: An update.  *Canadian Psychology/Psychologie canadienne, 33*(2), 180-198.

Hanson, R. K., Cox, B., & Woszczyna, C. (1991).  Assessing treatment outcome for sexual offenders.  *Annals of Sex Research, 4,* 177-208.

Hanson, R. K. (1990).  The psychological impact of sexual victimization on women and children.  *Annals of Sex Research, 3,* 187-232.

Wheeler, C. J., Hanson, R. K., & Berry, R. E.  (1989).  Strategic utilization of incest offender cognitions.  *Journal of Strategic and Systemic Therapy, 8,* 42-57.

Hanson, R. K., & Slater, S. (1988).  Sexual victimization in the history of child molesters: A review.  *Annals of Sex Research, 1,* 485-499.

Hanson, R. K., Hunsley, J., & Parker, K. C. H.  (1988).  The relationship between WAIS subtest reliability, "g" loadings and meta-analytically derived validity estimates.  *Journal of Clinical Psychology, 44,* 557-563.

Hunsley, J., Hanson, R. K., & Parker, K. C. H. (1988).   A summary of the reliability and stability of MMPI scales.  *Journal of Clinical Psychology, 44,* 44-46.

Parker, K. C. H., Hanson, R. K., & Hunsley, J. (1988).  MMPI, Rorschach, and WAIS:  A meta-analytic comparison of reliability, stability, and validity.  *Psychological Bulletin, 103,* 367-373.

   - Reprinted in A. E. Kazdin, (Ed.). (1992).  *Methodological issues and strategies in clinical research.*  Washington, DC: American Psychological Association.

   Journal Publications (invited)

Helmus, L., & Hanson, R.K. (2011). More fun with statistics! How to use logistic regression to predict criminal recidivism risk. *Crime Scene, 18*(2), 7-12.

Hanson, R.K. (2011). What should we do with sexual offenders? Review of C.P. Ewing's "Justice Perverted: Sex Offense Law, Psychology, and Public Policy". *PsycCRITIQUES-Contemporary Psychology: APA Review of Books, 56*(39).

Seto, M.C., & Hanson, R.K. (2011). Introduction to special issue on internet-facilitated sexual offending. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 3-6.

Harris, A.J.R., & Hanson, R.K. (2010). Clinical, actuarial, and dynamic risk assessment of sexual offenders: Why do things keep changing? *Journal of Sexual Aggression, 16*(3), 296-310.  DOI 10.1080/13552600.2010.494772.

R.K. Hanson, Ph.D.

Thornton, D., Hanson, R.K., & Helmus, L. (2010).  Moving beyond the Standard Model for Actuarial Assessment for Sexual Offenders.  *California Coalition on Sexual Offending, CCOSO Quarterly Newsletter, Perspectives,* Issue: Spring 2010.  Available at http://ccoso.org/newsletter.php.

Hanson, R. K. (2010). Dimensional assessment of sexual deviance. *Archives of Sexual Behavior, 39* (2), 401-404.  DOI 10.1007/s10508-009-9575-6

Babchishin, K. M., & Hanson, R. K. (2009). Improving our talk: Moving beyond the "low", "moderate", and "high" typology of risk communication. *Crime Scene, 16*(1), 11-14. Available at http://www.cpa.ca/cpasite/userfiles/Documents/Criminal%20Justice/Crime%20Scene%202009-05(1).pdf

Helmus, L., Hanson, R. K., & Thornton, D. (2009). Reporting Static-99 in Light of New Research on Recidivism Norms. *The Forum* (ATSA Newsletter), *19*(4). Available at http://newsmanager.commpartners.com/atsa/issues/2009-01-21/5.html

Hanson, R.K. (2008). What statistics should we use to report predictive accuracy? *Crime Scene, 14*(1),  15-17. Available at http://www.cpa.ca/sections/criminaljustice/publications/

Harris, A. J. R., & Hanson, R. K. (2007, November 8).  Stable-2007/Acute-2007.  *The Forum* (ATSA Newsletter), *19*(4). Available at http://newsmanager.commpartners.com/atsa/issues/2007-11-08/2.html.

Långström, N. & Hanson, R.K. (2006). Population correlates are relevant to understanding hypersexuality: A response to Giles. *Archives of Sexual Behavior, 35,* 643-644.

Cortoni, F., & Hanson, R.K. (2006). Adult female sexual offenders: prevalence and recidivism. *NOTA News, 52,* 6-8.

Hanson, R. K. (2006). Long-term follow-up studies are difficult: Comment on Langevin et al. (2004). *Canadian Journal of Criminology and Criminal Justice, 48* (1), 103-105.

Hanson, R. K. (2005).  Twenty years of progress in violence risk assessment.  *Journal of Interpersonal Violence, 20*(2), 212-217.

Hanson, R. K. (2005). Age and sexual recidivism : Early identification of persistent offenders and burn-out. *CrimeScene, 12*(1),  8-9. Available at http://www.cpa.ca/sections/criminaljustice/publications/

Harris, A. J. R., & Hanson, R. K. (2003).  The Dynamic Supervision Project : Improving the community supervision of sex offenders.  *Corrections Today, 65,* pp 60-62,64.

Harris, A. J. R., & Hanson, R. K. (2003).  Supervising community sex offenders : The Dynamic Supervision Project.  *The Forum* (ATSA Newsletter), *14*(2).

Hanson, R. K. (2002).  Introduction to the special section on dynamic risk assessment with sex offenders.  *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 99-101.

Hanson, R. K. (2000).  Will they do it again?  Predicting sex offence recidivism.  *Current Directions in Psychological Science, 9*(3), 106-109.

R.K. Hanson, Ph.D.

- Reprinted in T.F. Oltmanns & R.E. Emery (eds). (2004). *Current directions in abnormal psychology* (pp. 116-121). Upper Saddle River, NJ: Pearson/Prentice-Hall.

Hanson, R. K. (1999). The uncertain future of correctional psychology.  *Crime Scene, 6*(1), 9-11.

Hanson, R. K. (1999). Commentary on Buchanan (1998).  *Evidence-Based Mental Health, 2*(1), 21.

Hanson, R. K., & Bussière, M. (1996). Sexual offender risk predictors:  A summary of research results.  *Forum on Corrections Research, 8*(2), 10-12.

Edited Books

Hanson, R. K., Pfäfflin, F., & Lŭtz, M. (2004).  *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives.*  Vatican: Libreria Editrice Vaticana.

Contributions to Edited Books

Hanson, R.K., & Harris, A.J.R. (in press). Criminogenic needs of sexual offenders on community supervision. In L. Craig, L. Dixon, & T. Gannon, (Eds.). *What works in offender rehabilitation: An evidence based approach to assessment and treatment.* Chichester, UK: Wiley-Blackwell.

Helmus, L., Hanson, R.K., & Babchishin, K.M. (in press). Sex offender base rates of sexual recidivism after controlling for Static-99. In A. Phenix and H. M. Hoberman (Eds.), *Sexual offenders: Diagnosis, risk assessment and management.*  New York: Springer.

Helmus, L., Hanson, R.K., & Morton-Bourgon, K. (2011). International comparisons of the validity of actuarial risk tools for sexual offenders, with a focus on Static-99. In D.P. Boer, R. Eher, L.A. Craig, M.H. Miner & F. Pfafflin (Eds.),  *International perspectives on the assessment and treatment of sexual offenders: Theory, practice, and research,* (pp. 57-83). Chichester, UK: Wiley-Blackwell.

Hanson, R.K. (2010). Évaluation de la dangerosité statistique chez les agresseurs sexuels. Dans R. Coutanceau et J. Smith (Réd.), *La violence sexuelle: Approche psycho-criminologique (*pp. 170 – 181). Paris : Dunod.

Anderson, D., & Hanson, R.K. (2010). Static-99: An actuarial tool to assess risk of sexual and violent recidivism among sexual offenders. In R.K. Otto & K. Douglas, (Eds.). *Handbook of violence risk assessment*  (pp.251-267).  Milton Park, UK: Routledge.

Hanson, R.K. (2007). Assessing sex offenders. In C. Webster & S. Hucker (Eds.), *Clinical Risk Assessment and Management (*pp. 113-121*).* Chichester: Wiley.

Hanson, R. K. (2006). Stability and change: Dynamic risk factors for sexual offenders.  In W. L. Marshall, Y.M. Forandez, L.E. Marshall, & G. A. Serran (Eds.), *Sexual offender treatment: Issues and controversies* (pp. 17-31).  West Sussex, UK: John Wiley.

8

Hanson, R. K., & Yates, P. M. (2004).  Sexual violence: Risk factors and treatment.  In M. Eliasson (Ed.), *Anthology on interventions against violent men* (pp. 151-166). Acta Universitatis Upsaliensis, Uppsalla Women's Studies B: Women in the Humanities: 3. Uppsala, Sweden: Uppsala Universitet.

Hanson, R. K. & Price, S. (2004). Sexual abuse screening procedures for positions of trust with children.  In R.K. Hanson, F. Pfäfflin & M. Lütz, (Eds). *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives* (pp. 77-93).  Vatican: Libreria Editrice Vaticana.

Hanson, R. K. (2004). Prognosis – How Can Relapse Be Avoided. In R.K. Hanson, F. Pfäfflin & M. Lütz, (Eds). *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives* (pp. 133-143).  Vatican: Libreria Editrice Vaticana.

Hanson, R. K. (2004). Sex offender risk assessment.  In C. R. Hollin (Ed.), *The essential handbook of offender assessment and treatment.* Chichester, UK: John Wiley & Sons.[an updated version of Hollin, 2001]

Hanson, R. K., Morton, K. E., & Harris, A. J. R. (2003). Sexual Offender Recidivism Risk: What We Know and What We Need to Know. In R. Prentky, E. Janus, & M. Seto (Eds.), *Understanding and managing sexually coercive behavior* (pp. 154-166).  Annals of the New York Academy of Sciences, Vol 989.  New York: New York Academy of Sciences.

Hanson, R. K. (2003).  Sex offenders.  In C. Webster & S. Hucker (Eds.), *Release decision making: Assessing violence risk in mental health, forensic, and correctional settings* (pp. 141-151). Hamilton, Ontario: St. Joseph's Healthcare.

Hanson, R. K. (2003).  Who is dangerous and when are they safe? Risk assessment with sexual offenders.  In B. J. Winick & J. Q. Lafond, (Eds). *Protecting society from sexually dangerous offenders: Law, justice and therapy* (pp. 63-74).  Washington: American Psychological Association.

Hanson, R. K. (2001).  Facteurs de risque de récidive sexuelle : caractéristiques des délinquants et réponse au traitement. Dans La Fédération Française de Psychiatrie (réd.), *Psychopathologie et traitements actuels des auteurs d'agression sexuelle* (pp. 207-217). Montrouge, France : John Libbey Eurotext.

Hanson, R. K. (2001). Sex offender risk assessment.  In C. R. Hollin (Ed.), *The handbook of offender assessment and treatment* (pp. 85-96). Chichester, UK: John Wiley & Sons.

Hanson, R. K. (2000).  Treatment outcome and evaluation problems.  In D. R. Laws, S. M. Hudson, & T. Ward (Eds.). *Remaking relapse prevention with sex offenders: A sourcebook* (pp. 485-499). Thousand Oaks, CA: Sage.

Hanson, R. K. (2000).  What is so special about relapse prevention? In D. R. Laws, S. M. Hudson, & T. Ward (Eds.). *Remaking relapse prevention with sex offenders: A sourcebook* (pp. 27-38). Thousand Oaks, CA: Sage.

Harris, A. J. R., & Hanson, R. K. (1999).  Dynamic predictors of sex offense recidivism: New data from community supervision officers.  In B. K. Schwartz (Ed.), *The sex offender:*

R.K. Hanson, Ph.D.

*Theoretical advances, treatment special populations and legal developments (Vol. 3)* (pp. 9-1:9-12). Kingston, NJ: Civic Research Institute.

Hanson, R. K., & Harris, A. (1997).  Voyeurism: Assessment and treatment.  In D. R. Laws & W. O'Donohue (Eds.), *Sexual deviance: Theory, assessment, and treatment* (pp. 311-331). New York: Guilford Press.

Hanson, R. K. (1997).  Invoking sympathy:  The assessment and treatment of empathy deficits among sexual offenders.  In B. K. Schwartz & H. R. Cellini (Eds.), *The sex offender: New Insights, treatment innovations and legal developments (Vol. 2)* (pp. 1-12). Kingston, NJ: Civic Research Institute.
Reprinted, updated and revised in B.K. Schwartz (Eds.). *Handbook of Sex Offender Treatment* (2011), (pp. 3-1 to 3-12), Kingston, NJ: Civic Research Institute.

Hanson, R. K. (1991).  Characteristics of sex offenders who were sexually abused as children.  In R. Langevin (Ed.), *Sex offenders and their victims* (pp. 77-85).  Oakville, Ontario: Juniper Press.

Paranjpe, A. C., & Hanson, R. K. (1988).  On dealing with the stream of consciousness:  A comparison of Husserl and Yoga.  In A. C. Paranjpe, D. Ho, & R. Reiber (Eds.), *Asian contributions to psychology* (pp. 215-231).  Westport, CT: Praeger.

Psychological Tests

Hanson, R. K., & Harris, A. J. R. (2007). Stable-2007/Acute-2007 : Scoring manuals for the Dynamic Supervision Project. Unpublished scoring manuals. Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson, R. K., & Harris, A. J. R. (2004). Stable-2000/Acute-2000 : Scoring manuals for the Dynamic Supervision Project. Unpublished scoring manuals. Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson, R. K., & Tangney, J. P. (1996). *Test of Self-Conscious Affect – Social Deviance version.* Unpublished questionnaire.  Available from R. K. Hanson, Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson Sex Attitude Questionnaires.  (from Hanson, Gizzarelli & Scott, 1994). Reprinted in

Calder, M. C., with Hampson, A., & Skinner, J. (1999).  *Assessing risk in adult males who sexually abuse children.*  Dorset: Russell House Publishing.

Calder, M. C. (Ed.). (1999). *Risk assessment of juveniles and children who sexually abuse.* Dorset: Russell House Publishing.

Prentky, R., & Edmunds, S. B. (1997).  *Assessing sexual abuse: A resource guide for practitioners.*  Brandon, VT: Safer Society Press.

Carich, M. S., & Adkerson, D. L. (Eds.). (1995).  *Adult sexual offender assessment packet* (pp. 75-76).  Brandon, VT: Safer Society Press.

R.K. Hanson, Ph.D.

Videotapes

Hanson, R.K. (2000). *Predicting sex offender recidivism.* [Videotape training and manual].
    Thousand Oaks, CA: Sage.

Government Documents

Fernandez, Y., Harris, A.J.R., Hanson, R.K., & Sparks, J. (in press). *STABLE-2007 coding
    manual: Revised 2012.* Ottawa: Public Safety Canada. (being translated into French,
    German, Dutch and Estonian).

Swedish Council on Health Technology Assessment (R. K. Hanson, Adjunct Expert Adviser).
    (2011). *Medical and psychological methods for preventing sexual offences against children:
    A systematic review.* (Report No. 207). Stockholm: Author.

Babchishin, K.M., Hanson, R.K., & Helmus, L. (2011). *The RRASOR, Static-99R and Static-
    2002R all add incrementally to the prediction of recidivism among sex offenders.*
    Corrections User Report 2011-02. Ottawa: Public Safety Canada.

Helmus, L., Thornton, D., Hanson, R.K., & Babchishin, K.M. (2011). *Assessing the risk of older
    sex offenders: Developing the Static-99R and Static-2002R.* Corrections User Report 2011-
    01. Ottawa: Public Safety Canada.

Hanson, R. K., Bourgon, G., Helmus, L., & Hodgson, S. (2009). *A meta-analysis of the
    effectiveness of treatment for sexual offenders : Risk, need and responsivity.* Corrections
    User Report 2009-01. Ottawa: Public Safety Canada.

Phenix, A., Doren, D., Helmus, L., Hanson, R.K., & Thornton, D. (2009) *Coding rules for Static-
    2002.* Ottawa: Public Safety Canada.

Bourgon, G., Hanson, R.K., Pozzulo, J.D. Morton Bourgon, K.E. & Tanasichuk, C.L. (2008) *The
    Proceedings of the 2007 North American Correctional & Criminal Justice Psychology
    Conference (User Report 2008-02).* Ottawa: Public Safety Canada.

Bourgon, G., Hanson, R. K., & Bonta, J. (2008). Risk, need, and responsivity : A heuristic for
    evaluating the «quality » of offender interventions. In G.  Bourgon, R. K. Hanson,  J. D.
    Pozzulo, K. E. Morton Bourgon, & C. L. Tanasichuk, (Eds.) *The Proceedings of the 2007
    North American Correctional & Criminal Justice Psychology Conference* (pp. 45-49).
    Corrections User Report 2008-02. Ottawa: Public Safety Canada.

Hanson, R. K., & Bourgon, G. (2008). A psychologically informed meta-analysis of sex offender
    treatment outcome studies. In G.  Bourgon, R. K. Hanson,  J. D. Pozzulo, K. E. Morton
    Bourgon, & C. L. Tanasichuk, (Eds.) *The Proceedings of the 2007 North American
    Correctional & Criminal Justice Psychology Conference* (pp. 55-57). Corrections User Report
    2008-02. Ottawa: Public Safety Canada.

Hanson, R. K., Helmus, L., & Bourgon, G. (2007). *The validity of risk assessments for intimate
    partner violence: A meta-analysis.* Corrections User Report No. 2007-07. Ottawa: Public
    Safety Canada.

11

R.K. Hanson, Ph.D.

Collaborative Data Outcome Committee. (2007). Sex offender treatment outcome research: Guidelines for Evaluation (CODC Guidelines). Part 1: Introduction and overview. Corrections User Report No 2007-02. Ottawa: Public Safety Canada.

Collaborative Data Outcome Committee. (2007). The Collaborative Outcome Data Committee's Guidelines for the evaluation of sexual offender treatment outcome research. Part 2: CODC Guidelines. Corrections User Report No 2007-03. Ottawa: Public Safety Canada.

Hanson, R. K., Harris, A.J.R., Scott, T., & Helmus, L. (2007). Assessing the risk of sexual offenders on community supervision: The Dynamic Supervision Project. Corrections User Report No 2007-05. Ottawa: Public Safety Canada.

Hanson, R.K., & Morton-Bourgon, K.E. (2007). *The accuracy of recidivism risk assessments for sexual offenders : A meta-analysis.* Corrections User Report No 2007-01. Ottawa: Public Safety and Emergency Preparedness Canada.
Abstracted in Tardif, M. (Éd.). *L'agression sexuelle: Cooperer au-delà des frontières. Cifas, 2005.* Montréal : Cifas- Institut Philippe-Pinel de Montréal. http://www.cifas.ca.

Cortoni, F., & Hanson, R. K. (2005). *A review of the recidivism rates of adult female sexual offenders.* Report No R-169. Ottawa: Correctional Service of Canada.

Hanson, R. K (2005). *The validity of Static-99 with older sexual offenders.* Corrections User Report No 2005-01: Public Safety and Emergency Preparedness Canada.

Harris, A.J.R., & Hanson, R.K. (2004). Sex offender recidivism : A simple question. Corrections Users Report No. 2004-03: Public Safety and Emergency Preparedness Canada.

Hanson, R. K., & Morton-Bourgon, K. (2004). Predictors of sexual recidivism : An updated meta-analysis. Corrections User Report No. 2004-02: Public Safety and Emergency Preparedness Canada.
- reprinted (in Polish): Hanson, R. K., & Morton-Bourgon, K. (2004). Predykytory recydywy przestepstw seksualnych: uaktualniona metaanaliza. *Dziecko krzywdzone: Teoria, badania praktyka, 7,* 68-107.

Harris, A., Phenix, A., Hanson, R. K., & Thornton, D. (2003). Static-99 coding rules : Revised 2003. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Thornton, D. (2003). Notes on the development of Static-2002. User Report 2003-01. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K. (2001). Age and sexual recidivism: A comparison of rapists and child molesters. User Report 2001-01. Ottawa: Department of the Solicitor General of Canada.

Phenix, A., Hanson, R. K., & Thornton, D. (2000). Coding rules for the Static-99. Corrections Research: Manuals and Forms. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Wallace-Capretta, S. (2000). Predicting recidivism among male batterers. User Report 2000-06. Ottawa: Department of the Solicitor General of Canada.

R.K. Hanson, Ph.D.

Hanson, R. K., & Wallace-Capretta, S. (2000).  A multi-site study of treatment for abusive men.  User Report 2000-05.  Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Harris, A. J. R. (2000). The Sex Offender Need Assessment Rating (SONAR): A method for measuring change in risk levels. User Report 2000-01.  Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Thornton, D. (1999).  Static-99: Improving actuarial risk assessments for sex offenders.  User Report 99-02.  Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Harris, A. J. R. (1998). Dynamic predictors of sexual recidivism.  (User Report 1998-01).  Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K. (1997).  The development of a brief actuarial risk scale for sexual offense recidivism.  (User Report 97-04).  Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K.  (1996).  Measuring empathy in sexual offenders.  In *The treatment of imprisoned sex offenders* (pp. 21-24).  London, UK: HM Prison Service.

Hanson, R. K., & Bussière, M. T. (1996). Predictors of sexual offender recidivism:  A meta-analysis.  (User Report 96-04).  Ottawa: Department of the Solicitor General of Canada.

Bonta, J., & Hanson, R. K. (1994).  Gauging the risk for violence: Measurement, impact and strategies for change.  Ottawa: Ministry Secretariat, Solicitor General Canada.

Hanson, R. K., & Hart, L. (Eds.). (1993).  *The evaluation of treatment programs for male batterers: Conference proceedings.*  Ottawa: Ministry Secretariat, Solicitor General Canada.

Hanson, R. K., Steffy, R. A., & Gauthier, R. (1992).  Long-term follow-up of child molesters: Risk prediction and treatment outcome.  (User Report No. 1992-02.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Hanson, R. K., Cox, B., & Woszczyna, C. (1991).  Sexuality, personality and attitude questionnaires for sexual offenders:  A Review.  (User Report No. 1991-13.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Hanson, R. K. (1990).  The psychological impact of crime: A review. (User Report No. 1990-01.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Canada. (1990). The management and treatment of sex offenders.  Ottawa:  Solicitor General Canada.  (Members of the working group were R. Cormier, C. Gainer, K. Hanson, F. Porporino, and S. Wormith.)

Special Reports

Phenix, A., Helmus, L., & Hanson, R. K. (2012). *Static-99R & Static-2002R evaluators' workbook*.  Available at www.static99.org

R.K. Hanson, Ph.D.

Hanson, R. K. (2000).  *Risk assessment.*  Beaverton, OR: Association for the Treatment of Sexual Abusers.

<u>Doctoral Dissertation</u>

Hanson, R. K. (1986).  The assessment of cognitive structures:  Emotions and the meaning of daily events (Doctoral dissertation, U. of Waterloo, 1986) *Dissertation Abstracts International, 47*, 2214B-2215B.

<u>Manuscripts submitted for publication/presentation</u>

Hanson, R. K. (2012, October). Étude de la validité de construit des échelles actuarielles statiques: les facteurs de risque statiques sont des indicateurs de dimensions psychologiques associées à la récidive. Submitted for publication.

Hanson, R. K., Harris, A. J. R., Helmus, L., & Thornton, D. (2012, September). High risk offenders may not be high risk forever. Manuscript submitted for publication (30 pages).

Price, S.A., Hanson, R.K., & Tagliani, L. (2012, July). Screening procedures in the United Kingdom for positions of trust with children. Manuscript submitted for publication. (32 pages).

Hanson, R.K., Babchishin, K.M., Helmus, L., & Thornton, D. (2012, July). Quantifying the relative risk of sex offenders: Risk ratios for Static-99R. Manuscript submitted for publication. (50 pages).

Hanson, R.K., & Harris, A.J.R. (2012, March). The reliability and validity of STABLE-2007: A review of the research. Submitted for presentation.

Helmus, L., & Hanson, R.K. (2012, March). Dynamic risk assessment using STABLE-2007: Updated follow-up and new findings from the Dynamic Supervision Project. Submitted for presentation.

Harris, A.J.R., & Hanson, R.K. (2012, February). When is a sex offender no longer a sex offender? Submitted for presentation.

Hanson, R.K., & Thornton, D. (2012, February). Pre-selection effects can explain group differences in sexual recidivism base rates in Static-99R and Static-2002R validation studies. Submitted for presentation.

<u>Selected Conference Presentations (since 2000)</u>

Hanson, R. K., & Harris, A. J. R. (2012, October). The reliability and validity of STABLE-2007 : A review of the research. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Helmus, L. & Hanson, R. K. (2012, October). Dynamic risk assessment using STABLE-2007 : Updated follow-up and new findings from the Dynamic Supervision Project. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

R.K. Hanson, Ph.D.

Harris, A. J. R., & Hanson, R. K. (2012, October). When is a sex offender no longer a sex offender? Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Hanson, R. K., & Thornton, D. (2012, October). Preselection effects can explain variability in sexual recidivism base rates in Static-99R and Static-2002R validation studies. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Hanson, R. K. (2012, June). The assessment and treatment of sexual offenders. Presentation at Expertisecentrum Forensische Psychiatrie Conference on the Future of Forensic Care: Solutions Worth Sharing, Utrecht, Holland.

Hanson, R. K. (2011, November). Percentile ranks for Static-99/R and Static-2002/R. Presentation at the 30th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Toronto, Ontario.

Hanson, R.K. (2011, June). Calculating and presenting percentile ranks for the risk of crime and violence. Second North American Correctional and Criminal Justice Psychology Conference, Toronto.

Seto, M. C., Hanson, R. K., & Babchishin, K. M. (2011, March). Child pornography offenders: Contact offending history and risk of recidivism. Paper presented at the 4th International Congress of Psychology and the Law, Miami, FL.

Babchishin, K.M., & Hanson, R.K. (2010, October). Even Highly Correlated Measures Can Add Incrementally to Risk Prediction: Comparing Static-99R and Static-2002R. Presentation at the 29th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Phoenix, Arizona.

Harris, A.J.R., & Hanson, R.K. (2010, October). Adjusting Recidivism Estimates on the Basis of Time Free. Presentation at the 29th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Phoenix, Arizona.

Hanson, R. K. (2010, June). How should we report the accuracy of risk assessments for crime and violence? Presentation at the Annual Convention of Canadian Psychological Association, Winnipeg.

Cortoni, F., Hanson, R. K., & Coache, M. (2009, November). Recidivism rates of female sexual offenders : A meta-analytic review. Presentation at the American Society of Criminology, Philadephia, PA.

Helmus, L., Thornton, D., & Hanson, R. K. (2009, October). Should Static-99 recidivism estimates be adjusted based on age at release? A multi-sample exploration. Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

Thornton, D., Helmus, L., & Hanson, R. K. (2009, October). Does Static-2002 fully allow for the effects of age on release? Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

R.K. Hanson, Ph.D.

Hanson, R.K., & Helmus, L. (2009, October). Methods for combining historical and psychological risk factors: An example using Static-2002 and STABLE-2007. Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

Hanson, R. K. (2009, June). The Growing Pains of Actuarial Risk Assessment for Sexual Offenders. Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Cortoni, F., & Hanson, R. K. (2009, May). Les principes d'évaluation du risque de récidive. Atelier au 5me Congrès internationale francophone sur l'agression sexuelle, Montréal, Quebec.

Cortoni, F., Hanson, R. K., & Coache, M.  (2009, May). Les délinquantes sexuelles : prévalence et récidive. Communication scientifique au 5me Congrès internationale francophone sur l'agression sexuelle, Montréal, Quebec.

Hanson, R.K., & Barsetti, I. (2009, May). L'utilité et la valeur de l'évaluation des facteurs dynamiques dans l'évaluation du risque de récidive sexuelle. Atelier au 5me Congrès internationale francophone sur l'agression sexuelle, Montréal, Quebec.

Helmus, L., Hanson, R.K., & Thornton, D. (2008, October). The stability of recidivism for Static-2002 risk categories. Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Harris, A.J.R., Helmus, L., Hanson, R.K., & Thornton, D. (2008, October). Are new norms needed for Static-99? Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Mann, R.E., Hanson, R.K., & Thornton, D. (2008, October). What should be assessed in sexual offender risk assessments? Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Bourgon, G., & Hanson, R. K. (2008, September). Meta-analysis of sex offender treatment efficacy : The importance of methodological quality and treatment quality. Presentation at the European Society of Criminology, Edinburgh, UK.

Nunes, K. L., Hanson, R. K., Firestone, P., Moulden, H., Greenberg, D. M., & Bradford, J. M. (2007, November). Denial predicts recidivism for some sexual offenders. In K. L. Nunes (Chair), A closer look at the relationship between denial and recidivism. Symposium at the 26th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

Harris, A.J.R., & Hanson, R.K. (2007, November). Dynamic Supervision Project Outcomes: Risk Assessment Partnerships with Multiple Provinces and States Presentation at the 26th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

Helmus, L., & Hanson, R. K. (2007, November). A Multi-Site Comparison of the Validity and Utility of Static-99 and Static-2002 for Risk Assessment. Presentation at the 26th Annual

R.K. Hanson, Ph.D.

Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

Hanson, R.K., & Bourgon, G. (June, 2007). Meta-analysis of sexual offender treatment outcome studies: Distinguishing quality studies from quality treatment. Presentation at the North American Correctional and Criminal Justice Psychology Conference, Ottawa.

Bourgon, G., Hanson, R.K., & Bonta, J. (June, 2007). Risk, Need, and Responsivity: A heuristic for evaluating the "quality" of offender interventions. Presentation at the North American Correctional and Criminal Justice Psychology Conference, Ottawa.

Helmus, L., & Hanson, R. K. (June, 2007). The Accuracy of Risk Assessment for Intimate Partner Violence Offenders: A Meta-Analysis. Presentation at the International Association of Forensic Mental Health Services, Montreal, Canada.

Harris, A.J.R., & Hanson, R.K (2006, September). The dynamic supervision of sexual offenders: Updated data 2006. Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Chicago, IL.

Harris, A.J.R., & Hanson, R.K (2005, November). Dynamic assessment beyond static: Value added? Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Salt Lake City, Utah.

Price, S., Hanson, R.K., & Andrews, D.A. (2005, November). Automatic processing of sexual information: A Stroop replication study.  Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Salt Lake City, Utah.

Hanson, R. K. (October, 2005). L'évaluation de risque de récidive chez les délinquants sexuels dans la communauté : Facteurs statiques, stables et aigus. Presentation at the Troisième congrès international francophone sur l'agression sexuelle, Hull-Gatineau, Canada.

Price, S., Hanson, R.K., & Andrews, D.A. (June, 2005). Measuring the deviant schema of sexual offenders: A Stroop replication study.  Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Hanson, R.K. (June, 2005). The assessment of criminogenic needs of sexual offenders by community supervision officers : Reliability and validity.  Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Cortoni, F., & Hanson, R. K. (October, 2004).  A review of the sexual recidivism rates of female offenders.  Presentation at the 23rd  Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Albuquerque.

Hanson, R. K. (October, 2004).  The future of sexual offender treatment outcome research: Introduction.  Presentation at the 23rd  Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Albuquerque, New Mexico.

Långström, N., & Hanson, R.K. (June, 2004).  Hypersexual behavior in the general population: Risk factors and correlates.  International Association of Sex Research, Helsinki, Finland.

R.K. Hanson, Ph.D.

Thomas, T., Harris, A. J. R., Forth, A. E., & Hanson, R. K. (June, 2004). Static and dynamic factors: Predicting recidivism in adult sexual offenders.  Presentation at the Annual Convention of Canadian Psychological Association, St. John's.

Price, S., & Hanson, R. K. (June, 2004). Sexual abuse screening procedures for positions of trust with children.  Presentation at the Annual Convention of Canadian Psychological Association, St. John's.

Hanson, R. K., Thornton, D., & Price, S. (2003, October).  How much do the observed recidivism rates underestimate the actual rates ?  Presentation at the 22th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, St. Louis.

Thornton, D., & Hanson, R. K. (2003, October). Models of real re-offence rates: Clinical implications. Presentation at the 22th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, St. Louis.

Hanson, R. K., & Morton, K. E. (2003, June).  Recidivism risk factors for sexual offenders : An updated meta-analysis. Presentation at the Canadian Psychological Association Annual Convention, Hamilton, Ontario.

Harris, A.J.R., & Hanson, R.K. (2003, June).  Improving the standard of probation and parole supervision of community-based sexual offenders:  The Dynamic Supervision Project. Presentation at the Canadian Psychological Association Annual Convention, Hamilton, Ontario.

Hanson, R. K. (2002, May).  Static-99, RRASOR and SONAR.  Presentation at the Canadian Psychological Association Annual Convention, Vancouver, B.C.

Hanson, R. K. (2002, May).  Constructing empirically based risk scales: Balancing breadth and efficiency. Presentation at the Canadian Psychological Association Annual Convention, Vancouver, B.C.

Hanson, R. K. (2001, November).  Do sexual offenders burn out?  Data from 10 recidivism studies.  Presentation at the 20th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Antonio, Texas.

Broom, I., Hanson, R. K., & Stephenson, M. (2001, June).  An evaluation of community sex offender treatment programs in the Pacific Region.  Presentation at the Canadian Psychological Association's Annual Convention, Saint Foy, Quebec.

Hanson, R. K., & Harris, A. J. R. (2001, January).  La prévision de risque chez les délinquants sexuels: Un programme de recherche.  Présentation au Premier congrès international francophone sur l'agression sexuelle, Québec (Québec).

Hanson, R. K., & Wallace-Capretta, S. (2000, June).  A multi-site study of treatment for abusive men. Presentation at the Canadian Psychological Association, Ottawa.

Hanson, R. K. (2000, May).  Measuring change in sex offenders.  Presentation at the 6th International Conference on the Treatment of Sexual Offenders, Toronto, Ontario.

R.K. Hanson, Ph.D.

<u>Conference Presentations (1984 to 1999)</u>

During this period, I gave 50 presentations at professional conferences, on topics including personality theory, social psychology, the reliability and validity of psychological tests, and the assessment and treatment of sexual offenders, mentally disordered offenders, and abusive men.

<u>A selection of invited addresses, conference plenaries, and other noteworthy presentations.</u>

Trauma and Transformation: The Catholic Church and the Sexual Abuse Crisis, Montreal. (October, 2011). Sexual offenders inside and outside the Church.

Second North American Correctional and Criminal Justice Psychology Conference, Toronto. (June, 2011). The assessment and treatment of sexual offenders.

Centre international de criminology comparée, Université de Montréal. (March, 2009). Improving psychological risk assessments for crime and violence.

International Summer Conference: Research in Forensic Psychiatry, Regensburg, Germany (June, 2008). Chronic propensities and current manifestations: Measuring change in the recidivism risk of sexual offenders.

Canadian Psychological Association – Criminal Justice Section (June, 2006). A framework for violence risk assessment : Static, stable and acute factors.

Congrès international francophone sur l'agression sexuelle, Hull-Gatineau, Canada. (October, 2005). L'évaluation de risque et évolution des pratiques.

Association for the Treatment of Sexual Abusers. (September, 2006) What works: The principles of effective interventions with offenders. (October, 2003) Confronting clergy abuse: Consulting at the Vatican (with William Marshall & Martin Kafka). (November, 2000) The effectiveness of treatment for sexual offenders:  Report of the ATSA Collaborative Data Research Committee.

Scottish Prison Service, Edinburgh (September, 1995 and 2003) Sexual offender recidivism.

NOTA Annual Convention (UK):  Keynote addresses in 1995 [Cambridge], 1998[ Glasgow] and 2003 [Edinburgh]).  NOTA Scotland (Stirling, 2009).

Karolinska Institut, Stockholm (August, 2003). Assessing the recidivism risk of sexual offenders.

Conference on the Abuse of Children and Young People by Catholic Priests and Members of Religious Orders, Vatican (2003, April).  Sexual abuse screening procedures for positions of trust with children; risk assessment for identified offenders.

International Conference for Judicial and Clinical Treatment of Sexual Offenders, Taipai, Taiwan (2002, November). Risk markers for recidivism of sex offenders.

International Association for the Treatment of Sexual Offenders: (2002, September, Vienna). Empirical evidence of sex offender treatment efficacy. (2006, September, Hamburg) Dynamic risk assessment for sexual offenders on community supervision. (2010,

19

R.K. Hanson, Ph.D.

September, Oslo) A meta-analysis of sexual offender treatment outcome studies. (2012, Berlin). The characteristics of online sex offenders.

Understanding and Managing Sexually Coercive Behavior, A New York Academy of Sciences Conference, Washington, DC. (2002, June). Sex offender recidivism risk: What we know and what we need to know.

Conférence de consensus Psychopathologie et traitements actuels des auteurs d'agression sexuelle, Paris, France. (2001, November). Facteurs de risque de récidive sexuelle : caractéristiques des délinquants et réponse au traitement.

Università Pontificia Salesiana, Rome, Italy. (2001, November). Evaluation and treatment of sexual offenders.

National Joint Committee of Senior Criminal Justice Officials, Sault Ste. Marie. (May, 2001). Sex offenders: Risk factors and treatment outcome.

American Academy of Psychiatry and Law, Vancouver, B.C. (October, 2000). Using research to improve risk assessments for sex offenders.

Annual Residentual Meeting UK College of Forsenic Psychiatry, Amsterdam (February, 99). Characteristics of Abusive Men.

Regroupement des intervenants en matière d'agression sexuels (RIMAS), Québec (September, 1998). Indicateurs de la récidive chez les agresseurs sexuels dans la communauté.

Home Office Sex Offender Treatment Conference, Coventry, U.K. (September, 1994). Assessing empathy in sexual offenders.

Therapeutic Intervention with Sex Offenders, Gander, Newfoundland. (1991, June). Keynote address: Recent research on the assessment and treatment of sexual offenders.

Sex Offenders and Their Victims Conference, Toronto. (1989, November). Characteristics of sex offenders who were sexually abused as children.

Graduate Student Supervision

Price. S. (2006). A modified Stroop task with sexual offenders: A replication of a study. (M.A. thesis). Psychology Department, Carleton University.

Kerry, G. (2001). Understanding and predicting intimate femicide: An analysis of men who kill their intimate female partners. (Ph.D. thesis). Psychology Department, Carleton University.

Dickie, I. (1998). An information processing approach to understanding sympathy deficits in sexual offenders. (M.A. thesis). Psychology Department, Carleton University.

Rooney, J. (1998). Predicting attrition from treatment programs for male batterers. (M.A. thesis.) Psychology Department, Carleton University.

External Examiner

20

R.K. Hanson, Ph.D.

Carpentier, J. (2009). Adolescents auteurs d'abus sexuels: carrière criminelle et facteurs associés. (Ph.D.). École de criminologie, Université de Montréal.

Eccleston, L. (2001).  Violent offenders' failure on parole – personality and dynamic risk factors. (D. Psych.)  University of Melbourne.

Cooper, H. (2000).  Long-term follow-up of a community-based treatment program for adolescent sex offenders. (M.A.)  Psychology Department, Lakehead University.

Jordon, S. A. (1999).  An exploration of risk factors for aggression in relationships.  (Ph.D.) Psychology Department, University of Ottawa.

Palmer, W. (1996).  Enhancing parole prediction using current, potentially dynamic predictors, a continuous longitudinal criterion, and event history analysis. (Ph.D.) Psychology Department, Queen's University.

 Qualified as an expert witness

Washington State, 2007. Evaluation of sexual offenders
Commonwealth of Massachusetts, 2002, 2004.  Sex offender risk assessment
State of Arizona, 1999.  Sex offender risk assessment
State of California, 1998.  Sex offender risk assessment

Dissemination through popular media

I have been regularly consulted by reporters and my research findings has been presented in a wide range of popular media outlets, including the *Economist, Scientific American, Scientific American: Mind,  New York Times, Atlantic Monthly, Wall Street Journal, CBC Radio (national and regional), CBC Television, CTV, Fox New*s *(*live interview*), Globe and Mail, Chatelaine,* and *the National Post.*

Associate Editor

*Sexual Abuse: A Journal of Research and Treatment,* 1999 – 2010

Editorial Board

*Criminal Justice and Behavior, 2006 -*
*Journal of Sexual Offender Civil Commitment: Science and the Law, 2005 - 2008*
*Sexual Abuse: A Journal of Research and Treatment,  2010 -*

Reviewer

I have been an an ad hoc reviewer for the following journals:

*Canadian Journal of Behavioural Science, Canadian Journal of Criminology and Criminal Justice, Cognitive Therapy and Research, Criminal Justice and Behavior, Criminologie, Journal of Abnormal Psychology, Journal of Consulting and Clinical Psychology, Journal of Interpersonal Violence, Journal of the American Academy of Psychiatry and the Law, Journal of Strategic and Systemic Therapy, Justice Quarterly, Law and Human Behavior, Legal and Criminological*

R.K. Hanson, Ph.D.

*Psychology, Psychological Assessment, Psychological Bulletin, Professional Psychology, and Psychology, Crime, & Law.*

Granting agencies:

Federal Ministry of Education and Research (Germany), Ontario Mental Health Foundation, Fonds pour la Formation de Chercheurs et l'Aide à la Recherche (Québec), Fonds de la recherche en santé (Québec), and the Social Sciences and Humanities Research Council of Canada.

And book publishers :

American Psychological Association; Oxford University Press; Wiley.

Membership in Professional Associations

American Psychological Association
Association for the Treatment of Sexual Abusers
  - Board of Directors, Chair of Research Committee (2009 – 2012)
Canadian Psychological Association
  - Secretary/Treasurer for the Criminal Justice Section (1996 – present)
International Association for the Treatment of Sexual Offenders
  - Scientific Advisor Committee (2000 - present)
International Association for Correctional and Forensic Psychology
Ontario College of Psychology

National/International Working Groups, Scientific Committees and Advisory Boards

Current:

American Psychiatric Association. Advisor to the DSM-V Sexual Disorders Workgroup (2009-
    present).
Centre International de Criminologie Comparée (Montréal) – Collaborator-member (2010 to
    present).
Dutch Ministry of Justice, Expertise Center for Forensic Psychiatry. Scientific Council (2010 to
    present).
Hong Kong Correctional Services – Honorary Advisor of the Construction of Risks and Needs
    Assessments Tools for Sex Offenders (2010 to present).
Safer Society Program & Press (Vermont, USA).  Advisory Board (1995 – 1997; 1999 – 2000;
    2007 to present).
Social Sciences and Humanities Research Council of Canada – Committee Member (2011 to
    present)
Società Internazionale di Psicologia Guiridica (Rome; International Society of Psychology and
    Law).  Scientific Committee (2008 to present).

Previous:

Correctional Service of Canada. Accreditation Panel (1998 – 2006).
Her Majesty's Prison Service (United Kingdom). Advisory Board/Accreditation Panel (1993 –
    1999; 2000 – 2001).
Solicitor General Canada. Sexual Offender Working Group Member (1988).

22

R.K. Hanson, Ph.D.

Swedish Council on Technology Assessments in Health Care (SBU). External advisor (2010 –
    2011)


Selected National/International consultation and training

TBS Review Board, Utrecht, Holland – 2009, 2012
New York State Office of Mental Health – 2009
Vatican, Holy See - 2003
Commonwealth of Massachusetts, Public defenders - 2002
Commonwealth of Massachusetts, Sex Offender Registry Board – 2000
Sex Offender Commitment Defenders Association – 2000
Wisconsin Sex Offender Treatment Network, 1998/2000 (video training tapes)
State of California, Department of Mental Health - 1997 - 2011
National Parole Board of Canada – 1996 - present

As well, I have provided periodic training workshops for various US federal and state
organisations (e.g., State of Colorado, U.S. Department of Justice, Safer Society).

Canadian government language competency in French  E/C/B

23

**EXHIBIT 2**

# STATIC-99 – TALLY SHEET

**Subject Name:** _____

**Place of Scoring:** _____

**Date of Scoring:** _____    **Name of Assessor:** _____

| Question Number | Risk Factor | Codes | Score |
|---|---|---|---|
| 1 | Young | Aged 25 or older<br>Aged 18 – 24.99 | 0<br>1 |
| 2 | Ever Lived With | Ever lived with lover for at least two years?<br>Yes<br>No | <br><br>0<br>1 |
| 3 | Index non-sexual violence - Any Convictions? | No<br>Yes | 0<br>1 |
| 4 | Prior non-sexual violence - Any Convictions? | No<br>Yes | 0<br>1 |
| 5 | Prior Sex Offences | Charges          Convictions<br><br>None          None<br>1-2          1<br>3-5          2-3<br>6 +          4+ | <br><br>0<br>1<br>2<br>3 |
| 6 | Prior sentencing dates (excluding index) | 3 or less<br>4 or more | 0<br>1 |
| 7 | Any convictions for non-contact sex offences | No<br>Yes | 0<br>1 |
| 8 | Any Unrelated Victims | No<br>Yes | 0<br>1 |
| 9 | Any Stranger Victims | No<br>Yes | 0<br>1 |
| 10 | Any Male Victims | No<br>Yes | 0<br>1 |
|  | **Total Score** | **Add up scores from individual risk factors** |  |

| | POINTS | Risk Category |
|---|---|---|
| **Suggested Nominal Risk Categories** | **0,1** | **Low** |
| | **2,3** | **Moderate-Low** |
| | **4,5** | **Moderate-High** |
| | **6+** | **High** |

**EXHIBIT 3**

## Static-99R Coding Form

| Question Number | Risk Factor | Codes | | Score |
|---|---|---|---|---|
| 1 | Age at release | Aged 18 to 34.9<br>Aged 35 to 39.9<br>Aged 40 to 59.9<br>Aged 60 or older | | 1<br>0<br>-1<br>-3 |
| 2 | Ever Lived With | Ever lived with lover for at least two years?<br>Yes<br>No | | <br><br>0<br>1 |
| 3 | Index non-sexual violence - Any Convictions | No<br>Yes | | 0<br>1 |
| 4 | Prior non-sexual violence - Any Convictions | No<br>Yes | | 0<br>1 |
| 5 | Prior Sex Offences | <u>Charges</u><br><br>0<br>1,2<br>3-5<br>6+ | <u>Convictions</u><br><br>0<br>1<br>2,3<br>4+ | <br><br>0<br>1<br>2<br>3 |
| 6 | Prior sentencing dates (excluding index) | 3 or less<br>4 or more | | 0<br>1 |
| 7 | Any convictions for non-contact sex offences | No<br>Yes | | 0<br>1 |
| 8 | Any Unrelated Victims | No<br>Yes | | 0<br>1 |
| 9 | Any Stranger Victims | No<br>Yes | | 0<br>1 |
| 10 | Any Male Victims | No<br>Yes | | 0<br>1 |
| | **Total Score** | **Add up scores from individual risk factors** | | |

## Translating Static-99R scores into risk categories

**Score**        **Label for Risk Category**

-3 through 1    =    Low
2, 3              =    Low-Moderate
4, 5              =    Moderate-High
6 plus            =    High

# EXHIBIT 4

# STATIC-99R Groups (High, Moderate)
## Logistic Regression with "Redemption Bar"
## STATIC-99 Low Risk Group – Base Rate Line
## (Percent Recidivism by Time Interval (Years)  [6 Month "gates"])

Case 3:12-cv-05743-RBL   Document 31   Filed 11/01/14   Page 30 of 30

