MICHAEL T. RISHER (SBN 191627)
mrisher@aclunc.org
LINDA LYE (SBN 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

HANNI FAKHOURY (SBN 252629)
hanni@eff.org
LEE TIEN (SBN 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
JOHN DOE, et al.
on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

C 12 5713

| | |
|---|---|
| JOHN DOE, et al., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> KAMALA D. HARRIS, et al., <br><br> Defendants. | Civil Case No. _____ <br><br> **DECLARATION OF CHARLENE STEEN** |

DECLARATION OF CHARLENE STEEN
Case No.: #########

I, Charlene Steen, declare as follows:

1. I am a criminal psychologist specializing in sex offenders. I have assessed and treated these offenders for over 32 years in California, heading a sex offender treatment program for Solano County, and serving on both the State experimental treatment program (SOTEP) and Sexually Violent Predator panels. I have worked in prisons, jails, and outpatient. I have written 5 books and a number of articles and spoken at international, national, and local conferences on sex offenders. The information in this declaration is based upon my personal knowledge and on sources of the type which researchers in my field would rely upon in their work. If called upon to testify, I could and would competently testify thereto. A true and complete copy of my CV is attached to this declaration as Exhibit A.

2. In 2009, the California Sex Offender Management Board (CASOMB) conducted a survey of California law-enforcement agencies regarding public notifications on the presence of registered sex offenders in the community, CASOMB Recommendations Report January 2010, available at http://www.casomb.org/docs/CASOMB%20Report%20Jan%202010_Final%20Report.pdf The survey found that 39% of responding agencies had conducted what the report calls "proactive notifications" and supplied information above and beyond what already appears on the public website. Id. at 57. Agencies had conducted public meetings and had distributed flyers door-to-door and at community events; one had sent a combination of media notification, flyers, and emails. Id. CASOMB specifically noted that law enforcement personnel often did not know when such notification was appropriate.

3. From reports by patients I have learned that the police have inappropriately provided information about them to the public, sometimes resulting in dire results. For example, one man who committed a one-time, one-touch sex offense about 25 years ago, called me last year. He had moved to a small Northern California community where he purchased a plumbing business. He immediately registered at the local police department. One of the officers there spread the word out in his church and in the community that he was a sex offender. As a result, he lost his business, because nobody would use him.

4. I have had other patients who have lost jobs and homes because police officers had inappropriately informed others that these people were sex offenders.

5. It is extremely difficult today for anyone who has committed a sex offense, no matter how minor, to find jobs and housing. The vast percentage of these people will never reoffend and just want to be law-abiding citizens. But when they cannot use the internet for fear of reprisals, it is just one further step in alienating them and removing all positive motivation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of November, 2012 in Napa, Ca.

*Charlene Steen*

Charlene Steen, Ph.D., J.D.

# CHARLENE STEEN, PH.D., J.D.

**LICENSED PSYCHOLOGIST PSY12169**
P.O. BOX 3116, NAPA, CA 94558
PHONE:  (707) 258-0440
FAX:  (707) 258-1325
E-MAIL:  csteen@charalan.com

## Curriculum Vitae

**EDUCATION:**
    Ph.D. in Psychology - Wright Institute, Berkeley
    M.S.W. (Social Work) -  California State University, Sacramento
    J.D. -  South Bay University College of Law (now Northrop College of Law, Inglewood)
    M.A. -  California State University, Long Beach

    B.A. -  University of California, Los Angeles

**PROFESSIONAL LICENSES:**
    Licensed Psychologist - California License PSY 12169
    Licensed Clinical Social Worker - California License LCS 11454 (now lapsed)
    Attorney at Law - California State Bar #67675 (inactive status as of 1/93)

**PUBLICATIONS:**
    *Choices: A Relapse Prevention Workbook for Female Offenders.*  Brandon, Vermont: Safer Society Press, 2006.
    *The Adult Relapse Prevention Workbook,* Brandon, Vermont: Safer Society Press, 2000.
    *Relapse Prevention Workbook for Youth in Treatment*,  Brandon, Vermont: Safer Society Press, 1993.
    *Treating Adolescent Sex Offenders in the Community*  (co-author),  Springfield, Illinois:  Charles Thomas Publishers, 1989.
    "Cognitive Behavioural Treatment under the Relapse Prevention Umbrella," *Children and Young People Who Sexually Abuse,* (Edited by Calder, M.). Lyme Regis, England.  Russell House Publishing, Ltd., 2005
    "The Expert Witness in the Sex Offender Case," *The Sex Offender -Volume 4,* [Edited by Schwartz, B.], Civic Research Institute, Kingston, N.J., 2002.
    "Case Management of Sexual Abuse Victims," *The Handbook of Forensic Sexology,* (Edited by Krivacska, J., and Money J.),  Amherst, New York:  Prometheus Books, 1994.
    "What Do We Know About Female Sex Offenders" (2009), *California Coalition on Sex Offending Newsletter - Perspectives."*
    "Treating Crime Victims: Effective Therapy for Post-Traumatic Stress Disorder," *The California Psychologist,* September, 1989.
    "Treating the Lower-Risk Adolescent Sex Offender in the Community," *The State of Corrections,* American Correctional Association, 1989.
    "Sex Offender Laws:  The Need for More Intelligent Solutions" (2001), "Treating Sex Offenders" (1994), and "Treating Denying Sex Offenders" (1995), *California Coalition on Sex Offending Newsletter - Perspectives.*
    "The Denying Sex Offender: Research and Treatment" and "Using Research to Increase Sex Offender Assessment Accuracy," in the APA/ABA joint 1999 conference compilation.
(and others)

**CONFERENCE PRESENTATIONS**:(not including individual or local workshops in the U.S. and Canada)
- 2011  California Coalition on Sex Offending Annual Conference ,San Francisco
- 2010  International Association for the Treatment of Sex Offenders, Oslo
    California Coalition on Sex Offending Annual Conference, San Diego
- 2009: California Coalition on Sex Offending Annual Conference, Torrance
- 2008: California Coalition on Sex Offending Annual Conference, San Francisco
    Association for the Treatment of Sexual Abusers Annual Conference, Atlanta
    2007:   California Coalition on Sex Offending Annual Conference, San Diego
    Massachusetts Association for the Treatment of Sexual Abusers Annual Conference, Marlborough
- 2006: Association for the Treatment of Sexual Abusers Annual Conference, Chicago
    International Association for the Treatment of Sexual Offenders, Hamburg
    California Coalition on Sex Offending Annual Conference, San Francisco
    Safe Communities and Safe Schools Conference (WHO), Tucson
    National Defender Investigator Association National Conference, San Francisco
- 2005: California Coalition on Sex Offending Annual Conference, San Diego
    Association for the Treatment of Sexual Abusers Annual Conference, Salt Lake City
    First International Conference of Sexual Offenses, Sao Paulo, Brazil
- 2004: International Association on the Treatment of Sex Offenders, Athens, Greece
    National Adolescent Perpetrator Network Annual Conference, Portland
- 2003: California Coalition on Sex Offending Annual Conference, San Diego
    Association for the Treatment of Sexual Abusers Annual Conference, St. Louis
- 2002: Association for the Treatment of Sexual Abusers Annual Conference, Montreal
    International Association for the Treatment of Sexual Offenders, Vienna
    California Psychological Association Annual Conference, Pasadena
    California Coalition on Sex Offending Annual Conference, Sacramento
    American College of Forensic Psychologists Annual Conference, San Francisco
    California Forensic Mental Health Association Annual Conference, Asilomar
    National Adolescent Perpetrator Network Annual Conference, Toledo
    California District Attorneys' Association Conference, Santa Barbara
- 2001: Association for the Treatment of Sexual Abusers Annual Conference, San Antonio
    Society for the Scientific Study of Sex Annual Conference
    California Coalition on Sex Offending Annual Conference, Irvine
    California Psychological Association Annual Conference, Costa Mesa
    National Adolescent Perpetrator Network Annual Conference, Kansas City
    California Forensic Mental Health Association Annual Conference, Asilomar
    National Organization of Forensic Social Workers, Philadelphia
- 2000: Association for the Treatment of Sexual Abusers Annual Conference, San Diego
    California Coalition on Sex Offending State Conference, Emeryville
    California Psychological Association Annual Conference, San Jose
    International Conference on the Treatment of Sex Offenders, Toronto
    National Adolescent Perpetrator Network Annual Conference, Denver
    California Forensic Mental Health Association Annual Conference, Asilomar
    National Organization of Forensic Social Workers, Palm Springs
- 1999: California Coalition on Sex Offending State Conference, Long Beach (keynote speaker)
    American College of Forensic Psychologists Annual Conference, Santa Fe
    Association for the Treatment of Sexual Abusers Annual Conference, Orlando
    American College of Forensic Examiners Conference, New York
    APA/ABA Conference on Psychological Expertise and Criminal Justice, Washington, D.C.

1998: International Conference on the Treatment of Sex Offenders, Caracas, Venezuela
Forensic Mental Health Association of California Annual Conference, Pacific Grove
Midwest Regional Network for Intervention with Sex Offenders, et al. Conference, Indianapolis, (keynote speaker)
American College of Forensic Psychology Annual Conference, San Francisco
American College of Forensic Examiners Annual Conference, Naples, Florida
Association for the Treatment of Sexual Abusers Annual Conference, Vancouver, Canada
National Adolescent Perpetrator Network Annual Conference, Winnipeg, Canada
1997: California Psychological Association Annual Conference, San Jose
American College of Forensic Psychology Annual Conference, Vancouver
National Adolescent Perpetrator Network Annual Conference, Cherry Hill
Colorado Children's Mental Health Conference, Colorado Springs (keynote speaker)
Association for the Treatment of Sexual Abusers Annual Conference, Arlington
National Defenders' Association Conference, New Haven
1996: East-West Conference on Sex Offenses, Prague, Czech Republic
Association for the Treatment of Sexual Abusers Annual Conference, Chicago
American Professional Society on the Abuse of Children Annual Conference, Chicago
Texas Sex Offender Treatment Providers Annual Conference, Huntsville (keynote speaker)
Society for the Scientific Study of Sex Annual Conference, Houston
National Council on the Abuse and Neglect of Children Annual Conference, Washington, D.C.
American College of Forensic Psychology Annual Conference, New Orleans
National Organization of Forensic Social Work Annual Conference, Chicago
National Colloquium of the American Professional Society on the Abuse of Children, Chicago
National Adolescent Perpetrator Network Annual Conference, Minneapolis
International Society for the Study of Dissociation Conference, San Francisco
1995: American College of Forensic Psychology Annual Conference, San Francisco
International Conference on Sex Offender Treatment, Amsterdam
Association for the Treatment of Sexual Abusers Annual Conference, New Orleans
National Adolescent Perpetrator Network Annual Conference, St. Louis
International Society for the Study of Dissociation Conference, Amsterdam
National Organization of Forensic Social Work Annual Conference, Reno
California Psychological Association Annual Conference, La Jolla
1994: Association for the Treatment of Sexual Abusers Annual Conference, San Francisco
National Conference on Children and Violence, Houston
California Psychological Association Annual Conference, San Francisco
Forensic Mental Health Association of California Annual Conference, Pacific Grove
American College of Forensic Psychology Annual Conference, Montreal
National Adolescent Perpetrator Network Annual Conference, Denver
International Association for Child and Adolescent Psychiatry Congress, San Francisco
American Association of Sex Educators, Counselors & Therapists Conference, Louisville
1993: International Conference on the Treatment of Sex Offenders, Minneapolis
Association for the Treatment of Sexual Abusers Annual Conference, Boston
American Association of Sex Educators, Counselors and Therapists Conference, Denver
American College of Forensic Psychology Annual Conference, Santa Fe
Forensic Mental Health Association of California Annual Conference, Pacific Grove
California Consortium for the Prevention of Child Abuse, San Diego
Male Survivors Conference, Portland
1992: Association for the Treatment of Sexual Abusers Annual Conference, Portland
National Council of Judges and National Adolescent Perpetrator Network Joint Conference, Lake Tahoe
California Psychological Association Annual Conference, San Diego
American College of Forensic Psychology Annual Symposium, San Francisco

1991:  Society for the Scientific Study of Sex Annual Meeting, New Orleans
International Society for Traumatic Stress Studies Annual Meeting, Washington, D.C.
15th National Conference on Correctional Health Care, San Antonio
2nd International Conference on the Treatment of Sex Offenders, Minneapolis
American College of Forensic Psychology Annual Conference, Newport Beach
Bay Area Juvenile Sex Offender Annual Conference, Napa

1990:  Midwest Conference on Child Abuse, Madison
Association for the Behavioral Treatment of Sexual Abusers Conference, Toronto
New York State and National Adolescent Perpetrator Network Conference, Albany
Male Survivors Conference, Tucson
National Conference on Sexual Addictions/ Compulsions, Minneapolis
Forensic Mental Health Association of California Annual Conference, Pacific Grove
California Psychological Association Annual Conference, San Francisco
National Child Abuse Prevention Conference, San Diego

(And many others prior to 1990)

**EMPLOYMENT**:

1997-present: Private Forensic and Clinical Practice, Napa, California, providing professional training, assessments, expert testimony, and treatment for sex and other criminal offenders; and Evaluator, California State Civil Commitment Program (to 2002).

1991-1996: Private Forensic and Clinical Practice, Napa, California, specializing in  the evaluation and treatment of sex offenders and victims, other criminal offenders, and dissociatively disordered and post-traumatic stress disordered patients;  Workshop Provider on sex offender assessment and treatment and sexual abuse victims;  Aftercare Provider, California State Experimental Sex Offender Treatment Program; and Evaluator, California State Civil Commitment Program.

1988-1990:  Private Clinical and Forensic Practice (as noted above) and Psychologist with Solano County Mental Health,Vallejo and Fairfield, California,  Forensic and Outpatient Services, assessing and treating sex offenders, other criminal perpetrators, and crime and accident victims in jail, juvenile hall and outpatient; Aftercare Provider, California State Experimental Sex Offender Treatment Program;  Attorney  for indigent inmates at Parole Board hearings, Hearing Officer for involuntary hospitalizations, and Judge Pro-Tem, Napa Municipal Court.

1985 -1988:  Community Treatment Center, Fairfield, California.  Executive Director and developer of non-profit agency providing family sexual abuse treatment for Solano County, including group, individual, and family therapy, and peer support, and Coordinator of Juvenile Sex Offender Treatment Program. Concurrently:  Private Therapy Practice, Napa, California, and Instructor, Chapman College, Travis AFB, California, of graduate psychology classes.

1983 - 1985:  California Department of Corrections,  California Medical Facility,Vacaville. Correctional Counselor, assessing, counseling, and providing case management services for offenders both in the Reception Center and on the mainline.  Also taught in-service training classes on personality disorders, sexually disordered inmates, etc. National Council on Crime and Delinquency,  San Francisco, California - Editor and Writer, "Criminal Justice Newsletter", biweekly national publication covering criminal justice and corrections issues.

1982 - 1983:  Sexual Assault Victim Services, Napa, California.  Coordinator, providing management, program development, crisis intervention, and ongoing counseling for sexual abuse victims.  Concurrently, Northern California Training Center, Santa Rosa, Instructor for jail correctional officers in crisis intervention and inmate-staff relations; and Solano County Mental Health, Fairfield, California. Co-therapist for adult sex offender groups.

1980 - 1982:  Solano and Napa County Mental Health Forensic Services, Napa, Fairfield, and Vallejo, California.  Social Work Intern, providing therapy and         hospitalization evaluations at Napa and Solano County  jails and juvenile hall, therapist for adult sex and general offender groups, correctional staff training, development and preparation of Solano County's conservatorship study and manuals and of a criminal offender model reentry program.

    1975 - 1980:  Attorney at Law, with a focus on criminal, juvenile and mental health law, and Instructor at Napa College and at South Bay University College of Law, Napa and Carson, CA.

**PROFESSIONAL AFFILIATIONS:**
    1997 on:  Association for the Treatment of Sexual Abusers (formerly on the Board of Directors), International Association for the Treatment of Sexual Offenders, California Coalition on Sex Offending, Bay Area Sex Offender Treatment Network, National Adolescent Perpetrator Network, American, California, and Napa-Solano Psychological Associations,  California State Bar (inactive), American College of Forensic Psychology, Forensic Mental Health Association of California, and. Diplomat, American College of Forensic Examiners Psychology Board.. (Have dropped all but the sex offender organization memberships since semi-retirement)
    1985-1996: American, California, and Napa-Solano Psychological Associations,Association for the Treatment of Sexual Abusers, American College of Forensic Psychology,  California Coalition on Sex Offending, Bay Area Sex Offender Treatment Network, California State Bar, American Association of Correctional Psychologists, National Adolescent Perpetrator Network, Forensic Mental Health Association of California, American Professional Society on the Abuse of Children, International Society for the Study of Dissociative Disorders, etc.

**AWARDS:**
    1987:  State of California Department of Social Services Certificate of Commendation for outstanding accomplishments on behalf of abused and neglected children Child Abuse Prevention Council of Solano County Annual Award for outstanding efforts in combating child abuse
    2002:  California Coalition on Sex Offending Fay Honey Knopp Award for outstanding contributions  to the field of sex offender assessment and treatment