FILED

2012 NOV -7  A 10: 19

1   MICHAEL T. RISHER (SBN 191627)
    mrisher@aclunc.org
2   LINDA LYE (SBN 215584)
    llye@aclunc.org
3   AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA, INC.
4   39 Drumm Street
    San Francisco, CA 94111
5   Telephone: (415) 621-2493
    Facsimile: (415) 255-8437
6
7   HANNI FAKHOURY (SBN 252629)
    hanni@eff.org
8   LEE TIEN (SBN 148216)
    tien@eff.org
9   ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
10  San Francisco, CA 94110
    Telephone: (415) 436-9333
11  Facsimile: (415) 436-9993
12
    Attorneys for Plaintiffs
13  JOHN DOE, et al.
    on behalf of themselves and others similarly
14  situated
15
16
17              UNITED STATES DISTRICT COURT

18          FOR THE NORTHERN DISTRICT OF CALIFORNIA

19
    JOHN DOE, et al., on behalf of themselves and    )   Civil Case No. _____ 5713
20  others similarly situated,                        )
                                                      )   DECLARATION OF R. KARL HANSON
21               Plaintiffs,                          )
                                                      )
22          vs.                                       )
                                                      )
23  KAMALA D. HARRIS, et al.,                         )
                                                      )
24               Defendants.                          )
                                                      )
25                                                    )
                                                      )
26  _____            )
27
28
    _____
                    DECLARATION OF R. KARL HANSON
                      Case No.: #########

I, R. Karl Hanson, declare as follows:

1. I am a Senior Research Scientist at Public Safety Canada. Throughout my career, I have studied recidivism, with a focus on sex offenders. I discuss in this declaration key findings and conclusions of research scientists, including myself, regarding recidivism rates of the general offender population and sex offenders in particular. The information in this declaration is based upon my personal knowledge and on sources of the type which researchers in my field would rely upon in their work. If called upon to testify, I could and would competently testify thereto.

## Summary of Declaration

2. My research on recidivism shows the following:

   a. Recidivism rates are not uniform across all sex offenders. Risk of re-offending varies based on well-known factors and can be reliably predicted by widely used risk assessment tools such as the Static-99 and Static-99R, which are used to classify offenders into various risk levels. *See* ¶¶ 14-19.

   b. Once convicted, most sexual offenders are never re-convicted of another sexual offence. *See* ¶ 19.

   c. First-time sexual offenders are significantly less likely to sexually re-offend than are those with previous sexual convictions. *See* ¶ 19.

   d. Contrary to the popular notion that sexual offenders remain at risk of re-offending through their lifespan, the longer offenders remain offence-free in the community, the less likely they are to re-offend sexually. Eventually, they are less likely to re-offend than a non-sexual offender is to commit an "out of the blue" sexual offence. *See* ¶¶ 19-41.

      i. Offenders whose are classified as low-risk by Static-99R pose no more risk of recidivism than do      ' ⁓ individuals who have never been arrested for a sex-related offense but have been arrested for some other crime . *See* ¶¶ 26-30, 36.

1

      ii.   After 10-14 years in the community without committing a sex offense, medium-risk offenders pose no more risk of recidivism than individuals who have never been arrested for a sex-related offense but have been arrested for some other crime. *See* ¶¶ 30, 34.

      iii.  After 17 years without a new arrest for a sex-related offense, high risk offenders pose no more risk of committing a new sex offense than do individuals who have never been arrested for a sex-related offense but have been arrested for some other crime. *See* ¶¶ 30, 35.

3. Based on my research, my colleagues and I recommend that rather than considering all sexual offenders as continuous, lifelong threats, society will be better served when legislation and policies consider the cost/benefit break point after which resources spent tracking and supervising low-risk sexual offenders are better re-directed toward the management of high-risk sexual offenders, crime prevention, and victim services. *See* ¶¶ 39-42.

### Background and Qualifications

4. I am a Senior Research Scientist at Public Safety Canada. Public Safety Canada is a federal department that was created in 2003 to ensure coordination across all federal departments and agencies responsible for national security and the safety of Canadians. The Department's responsibilities include emergency management, policy development and advice to the Minister of Public Safety on matters of national security, implementing Canada's National Crime Prevention Strategy, developing national policies for new and evolving crime and border issues, and developing legislation and policies governing corrections.

5. As a Senior Research Scientist, I conduct and supervise research on corrections, with a particular focus on sexual offenders and family violence. I have held this position since 2009. From 1991-2009, I served as Senior Research Officer for the Solicitor General of Canada and Public Safety Canada. From 1986 to 1991 I was a psychologist in private practice, specializing in the assessment and short-term treatment of offenders on probation and parole. During that time I was also Course Director for psychology courses

2

as York University (Personality, Abnormal Psychology, Research) and Trent University (Abnormal Psychology). I earned my Ph.D. in Clinical Psychology from the University of Waterloo in 1986, and my B.A. with honors in Psychology from Simon Fraser University in 1981. I am currently the Chair of the Research Committee of the Association for the Treatment of Sexual Abusers, an appointment that began in 2009 and ends in December, 2012; since 1996 I have been the Secretary/Treasurer for the Criminal Justice Section of the Canadian Psychological Association; since 2000 I have served on the Scientific Advisor Committee International Association for the Treatment of Sexual Offenders. I am a member of the International Association for Correctional and Forensic Psychology, and Ontario College of Psychology. I serve on a variety of editorial boards, scientific committees and working groups, including serving as the advisor to the DSM-V Sexual Disorders Workgroup of the American Psychiatric Association (2009-present). From 1997-2011 I provided training and consulting for the California Department of Mental Health about civil- commitment evaluation and Static-99 scoring and interpretation.

6. Throughout my career I have studied recidivism, particularly recidivism among sex offenders, and have written numerous articles on this topic. A true and correct copy of my CV is attached to this declaration as Exhibit 1.

### Recidivism in the General Offender Population Declines the Longer an Ex-Offender Remains Arrest or Conviction Free

7. Research has long shown that the longer an ex-offender remains free of arrests or convictions the lower the chance he will reoffend. In fact, most detected recidivism occurs within three years of a previous arrest and almost always within five years.

8. In an effort to try to determine whether it is possible to determine empirically when it is no longer necessary for an employer to be concerned about a criminal offense in a prospective employee's past, the United States Department of Justice's National Institute of Justice funded a study to actuarially estimate a point in time when an individual with a criminal record is at no greater risk of committing another crime than other individuals of the same age.

3

9. The study's goal was to determine empirically at what point in time the risk of recidivism
   was no greater than the risk for two comparison populations. Their analysis was based on
   a statistical concept called the "hazard rate." In this context, the hazard rate is the
   probability, over time, that someone who has stayed arrest-free will be arrested. For a
   person who has been arrested in the past, the hazard rate declines the longer he stays free
   of arrests.

10. The researchers, noted criminologist Alfred Blumstein and his then-doctoral student
    Kiminori Nakamura, obtained the criminal history records of 88,000 individuals who
    were arrested for the first time in New York State in 1980, and then determined whether
    they had been arrested for any other crime(s) during the ensuing 25 years or if they had
    stayed arrest-free.

11. The study showed that the hazard rates for people who committed crimes such as
    burglary, robbery, and aggravated assault eventually dropped below the hazard rate for
    other individuals of the same age in the general population. For example, for 18-year-
    olds who were arrested for a first offense robbery, the hazard rate declined to the same
    arrest rate for the general population of same-aged individuals at age 25.7, or 7.7 years
    after the robbery arrest. After that point, the probability that individuals would commit
    another crime was less than the probability of other 26-year-olds in the general
    population. The hazard rates of people who committed burglary at age 18 declined to the
    same as the general population somewhat earlier: 3.8 years post-arrest at age 21.8. For
    aggravated assault, the hazard rates of the study group dropped below that of the general
    population of same-aged individuals 4.3 years post-arrest or at age 22.3.

12. Blumstein and Nakamura also looked at the hazard rates for people whose first arrest had
    occurred at other ages and found that the younger an offender was when he committed
    robbery, the longer he had to stay arrest-free to reach the same arrest rate as people his
    same age in the general population.

13. The results of their study are published in Blumstein, A., and K. Nakamura, "Redemption
    in the Presence of Widespread Criminal Background Checks," Criminology 47 (2) (May

4

2009), and summarized in an article of the same name in the National Institute of Justice Journal, No. 263 10-17, available at https://www.ncjrs.gov/pdffiles1/nij/226872.pdf .

**Risk Assessment Tools Exist to Predict the Risk of Reoffending by Sex Offenders**

14. Although it has long been suspected that recidivism rates are not uniform across all sex offenders, it is only in the last few decades that researchers have developed tools to assess the risk that different categories of sex offenders will recidivate. In 1999, I, along with my colleague David Thornton, created a 10-item actuarial scale that assesses the recidivism risk of adult male sex offenders, known as the Static-99. We created the Static-99 as a more-accurate replacement for earlier assessment tools. The 10 items cover the nature of sex-related offense or offenses that led to the most recent arrest (the "index offense"), and also the offender's demographics (age at release, relationship history), sexual criminal history (prior sexual offences, any male victims, any unrelated victims, any stranger victims, any non-contact sexual offences), and general criminal history (prior sentencing dates, non-sexual violence committed along with the index offense, prior non-sexual violence). The Static-99 is intended to be used with adult male offenders who have committed either a contact or non-contact sexual offense and have reached the age of 18 prior to release to the community.

15. The Static-99 results in a score that can range from 0 up to 12. Depending on their score, offenders are classified as having low (score of 0-1), moderate-low (score of 2-3), moderate-high (score of 4-5), or high risk (score of 6+) of reoffending. The coding form for the Static-99 can be found at http://www.static99.org/pdfdocs/static-99-coding-rules_e71.pdf, a true and correct copy of which is attached to this declaration as Exhibit 2.

16. The Static-99 is based on static (unchanging) risk factors that estimate the likelihood of sexual re-offending. More recently, researchers and others have begun using the Static-99R. The items and scoring rules are identical to Static-99 with one exception: Static-99R takes into account the well-established principle that rates of almost all crimes decrease as people age. Most studies have found that older sexual offenders are lower risk to reoffend than younger sexual offenders (Barbaree & Blanchard, 2008; Hanson,

5

2002, 2006) (a list of complete citations for the sources cited is attached). Research has
found that the original Static-99 did not fully account for age at release and that the new
age weighting had greater predictive accuracy than the original version (Helmus,
Thornton, et al., 2012).

17. , Consequently, the Static-99R adjusts the offender's score as follows, based on his age
when he was released from custody for the index offense: It increases the score by 1
point if the offender was less than 35 years old at release; it makes no adjustment if the
offender was between 35 and 40 at release; it lowers it by 1 point if he was aged 40 to 60;
and it lowers it by 3 points if he was age 60 or older. This means that Static-99R scores
can range from -3 up to 12. The scores that place offenders into the various risk
classification categories are the same as in the Static-99, except that a low score is now
defined to include -3 through 1. The coding form for the Static-99R can be found at
http://www.static99.org/pdfdocs/static-99rcodingform.pdf, a true and correct copy of
which is attached to this declaration as Exhibit 3.

18. The Static-99 and the Static-99R are the most widely used sex offender risk assessment
instruments in the world, and are extensively used in the United States, Canada, and other
nations. As noted above, from 1997-2011, I provided training and consulting for the
California Department of Mental Health about Static-99/99R scoring and interpretation,
and it is my understanding that California uses them to assess every eligible sex-offender
prior to release on parole, to assess every eligible sex offender pre-sentencing and on a
probation caseload, and prior to release of an eligible sex offender from a DMH
institution. *See* http://www.saratso.org/risklntsru.htm. I am currently collaborating with
the SARATSO (State Authorized Risk Assessment Tool for Sex Offenders) Committee, a
committee created by the California legislature to consider the selection of risk
assessment tools for California, and the California Department of Corrections and
Rehabilitation on a research study examining the validity of Static-99. Additional
information about these tools can be found at http://www.static99.org/.

6

#### Recidivism Rates among Sex Offenders

19. I have conducted studies similar to that conducted by Blumstein and Nakamura of the general offender population in order to determine recidivism rates for sex offenders and to better understand what factors affect those rates. In 2003-2004, I, working with other researchers, analyzed the data from 10 existing follow-up studies of adult male sexual offenders (combined sample of 4,724). The analysis indicated that most sexual offenders do not re-offend sexually, that first-time sexual offenders are significantly less likely to sexually re-offend than those with previous sexual convictions, and that offenders over the age of 50 are less likely to re-offend than are younger offenders. In addition, the longer offenders remained offence-free in the community the less likely they are to re-offend sexually.

20. More specifically, the study found that after 15 years of living in the community, 73% of sexual offenders had not been charged with, or convicted of, another sexual offence. The sample was sufficiently large that very strong contradictory evidence would be necessary to substantially change these recidivism estimates, particularly since other studies have found similar results.

21. Not all sexual offenders were equally likely to reoffend. By using simple, easily observed characteristics, it was possible to differentiate between offenders whose five year recidivism rate was 5% from those whose recidivism rate was 25%. The factors associated with increased risk were the following: a) male victims, b) prior sexual offences, and c) young age.

22. The study also showed that the rate of reoffending decreases the longer offenders have been offence-free. The five year recidivism rate for new releases of 14% decreased to 4% for individuals who have been sex-offence-free for 15 years. The observed rates underestimate the actual rates because not all sexual offences are detected; nevertheless, the findings contradicted the popular notion that all sexual offender remain at risk throughout their lifespan.

23. It is important to understand that most of the offenders in this study had not received effective treatment. Research has found that contemporary cognitive-behavioral treatment

7

is associated with reductions in sexual recidivism rates from 17% to 10% after approximately 5 years of follow-up (Hanson et al., 2002).

24. The study, including its methodology, is discussed in Andrew J. R. Harris and R. Karl Hanson, Sex Offender Recidivism: A Simple Question (Public Safety and Emergency Preparedness Canada 2004), available at http://www.publicsafety.gc.ca/res/cor/rep/2004-03-se-off-eng.aspx.

25. We concluded that rather than considering all sexual offenders as continuous, lifelong threats, society will be better served when legislation and policies consider the cost/benefit break point after which resources spent tracking and supervising low-risk sexual offenders are better re-directed toward the management of high-risk sexual offenders, crime prevention, and victim services.

26. I, along with three other researchers, recently conducted a similar study to examine the extent to which sexual offenders present an enduring risk for sexual recidivism over a 20 year follow-up period. This updated study is the topic of a paper that we have recently submitted to a peer-reviewed journal for publication; as well, the results of this study were presented by myself and Dr. Andrew Harris at the 2012 Association for the Treatment of Sexual Abusers 32nd Annual Research and Treatment Conference, held in October 2012. The study used the same methodology as the 2003-04 study (life table survival analysis), but differed from the earlier study in two significant ways: the sample size was significantly larger (n=7,740), and the study grouped offenders according to their Static-99R scores into low- (scores below 0) medium- (scores of 0-4) and high- (5 and above) risk categories (we used three rather than the usual four categories in order to maximize sample size for each category and increase the stability of the results). (See Hanson et al., 2012).

27. This study confirmed that sexual offenders' risk of committing sexual crimes decreases the longer they have been sex offence-free in the community. On average, their recidivism risk dropped by 50% each five years that they remained offense-free in the community. This pattern was particularly evident for high risk sexual offenders, whose yearly recidivism rates declined from approximately 7% during the first calendar year, to

8

less than 1% per year when they have been offence-free for 10 years or more. Thus, like "regular" offenders, sex offenders are less likely to re-offend the longer they remain offence-free in the community.

28. We also determined that, just as Blumstein and Nakamura established with respect to other types of offenders, sex-offenders who remain free of arrests for a sex offense will eventually become less likely to reoffend sexually than a non-sexual offender is to commit an "out of the blue" sexual offence.

29. As a preliminary step, we had to define the level of risk at which sexual offenders should be treated as non-sexual offenders. Unfortunately, there are very limited data as to the rates of sexual offending among the general male population. One study from Great Britain has found that approximately 2% of males are convicted for a sexual offence by age 40 (Marshall, 1997). Another has determined that among non-forensic psychiatric admissions, the proportion with a history of sexual violence is 3% to 5% (Hirdes, 2012). Because these data are not entirely satisfactory, we chose a different reference group: persons who have been arrested but have no recorded history of sexual offending. Among such non-sexual offenders, the observed sexual offense rates are 1% to 3% (Duwe, 2012; Hanson et al., 1995; Langan et al., 2003; Sample & Bray, 2003). For this paper we chose a threshold of < 3% sexual recidivism rates after 5 years as a comparison baseline.

30. Using this threshold, we found that immediately upon release, low-risk offenders pose a smaller risk of recidivism (2.2% five-year risk) than does this baseline group of individuals who have never been arrested for a sex offense. After 10 years in the community without committing a sex offense, medium-risk offenders also pose a risk (2.4% five-year risk) that is below this baseline. Although their recidivism rates declined substantially when they were 10 years offence-free, the five year recidivism rate of the initially high risk offenders (4.2%) was still higher than the 3% expected rate for nonsexual offenders.

31. As part of this research project, presented at the 2012 Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, we also used another

9

method of estimating the redemption period for sexual offenders. The redemption period
is the time at which their expected rates of recidivism are below some pre-determined
threshold. The second method involved estimating the probability of sexual recidivism
during 6-month periods, from the time of release to more than 20 years in the community.
These discrete-time hazard rates were then modeled using logistic regression. Statistical
modeling minimizes random noise in the data allowing the patterns to be observed more
clearly. By statistically modeling the hazard rates, we were able to make more precise
estimates of the recidivism rates than we could using the statistical procedures (life-table
survival analyses) reported in our earlier analyses.

32. Statistical modeling of discrete-time hazard rates is a well-established method for
estimating changes in hazard rates over time (Singer & Willett, 2003). These statistical
methods (logistic regression modeling of discrete-time hazard rates) have been used by
other researchers to specifically examine time-to-redemption for general (non-sexual)
offenders (Bushway, Nieubeerta & Blokland, 2011). Logistic regression is the standard
statistical method for estimating the value of a binary dependent variable (a yes-no
question) based on a set of continuous independent variables. In our case, the binary
variable was recidivism (charge for a sexual crime) during a six-month period, and the
predictor variables were time sex-offence free and Static-99R scores. Logistic regression
is discussed in most advanced texts on statistics; a standard reference is Alan Agresti, AN
INTRODUCTION TO CATEGORICAL DATA ANALYSIS (John Wiley and Sons 1996).

33. I compared the expected risk of sexual recidivism that individuals in the various risk
categories would pose after they have been living in the community without a subsequent
arrest for a sex-related crime to a baseline risk posed by any person who has suffered at
least one arrest for any type of crime. By averaging the results of five studies that were
conducted on this question between 1993 and 2008, we calculated the probability that a
person who has suffered any arrest in his lifetime will commit a sex offense during any 6-
month period as approximately 0.2% (rounded from 0.19%). This is a somewhat lower
baseline than the 3%-over-5-years that we used in our recently submitted paper,
discussed above; this means that the results discussed below are more conservative than
those discussed above.

10

34. This analysis, which I presented at the 2012 ATSA conference, showed that after 14
years without a new arrest for a sex-related offense, medium-risk sex offenders pose no
more risk of committing a new sex offense than do these baseline individuals who have
never been arrested for a sex-related offense.

35. It also showed that after 17 years without a new arrest for a sex-related offense, high-risk
sex offenders (top 16% of routine samples) pose no more risk of committing a new sex
offense than do these baseline individuals who have never been arrested for a sex-related
offense.

36. For the low risk sexual offenders (bottom 16% of routine samples), there was no
significant change in their risk levels over time, as their risk was consistently low. Less
than 0.2% (0.187%) of the low risk sexual offenders would be expected to be charged
with a sexual offence during any discrete 6-month time period. For these individuals,
their risk of a new sexual offence was already lower than the .0020 baseline at the time
they were released from custody.

37. A true and correct copy of a graph that I presented at the conference, showing the
recidivism rates over time for the three categories, along with the baseline, is attached to
this declaration as Exhibit 4.

38. I, along with several of my colleagues, am currently preparing a paper for publication in a
peer-reviewed journal that will discuss these results. I do not expect that the basic results
that I discuss in this declaration will change as a result of that process.

39. I do, however, expect that when our analysis is complete it will allow us to calculate the
risks posed by sex offenders who have remained completely free of *any* arrest following
their release from custody (the above calculations only examine whether there has been a
new arrest for a sex offense). Based on prior research indicating that committing any sort
of crime increases the statistical likelihood that one will commit a sex crime, I expect we
will find that sex offenders who have remained completely arrest free since their release
will be significantly less likely to commit new sex offenses than the above data suggests,
and that they will drop below the baseline risk earlier than is indicated above for people

11

who have remained free of arrests for sex crimes but may have been arrested for other offenses.

40. Finally, it is important to understand that there are post-release factors other than the passage of time without a new arrest that can help predict whether an offender is likely to reoffend. As mentioned above, modern treatment methods can have a significant effect in reducing recidivism; furthermore, one study involving interviews with sexual recidivists found that most of the treatment failures had never seriously intended to stop offending or change the right-risk lifestyle in which their offending was embedded. Sexual offenders with a credible release plan are lower risk than offenders without, and cooperation with supervision is a well-established factor that reduces risk. Consequently, it is quite likely that by monitoring these factors, by measuring indicators of commitment to treatment and other prosocial goals, and by monitoring involvement in non-sexual crime, evaluators could have an increased capacity to discriminate those who will recidivate from those who will not.

41. Thus, as my colleagues and I concluded in our 2004 paper, blanket policies that treat all sexual offenders as "high risk" waste resources by over-supervising lower risk offenders and risk diverting resources from the truly high-risk offenders who could benefit from increased supervision and human service. Research has even suggested that offenders may actually be made worse by the imposition of higher levels of treatment and supervision than is warranted given their risk level (Lovins, Lowenkamp & Latessa, 2009). Rather than considering all sexual offenders as continuous, lifelong threats, society will be better served when legislation and policies consider the cost/benefit break point after which resources spent tracking and supervising low-risk sexual offenders are better re-directed toward the management of high-risk sexual offenders, crime prevention, and victim services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this $\underline{3}$ day of November 2012 in $\underline{Ottawa}$ , Canada.

R. Karl Hanson

12

**Sources Cited**

Agresti, A. (1996) *An Introduction to Categorical Data Analysis.* New York: John Wiley and Sons.

Barbaree, H. E., & Blanchard, R. (2008). Sexual deviance over the lifespan: Reductions in deviant sexual behaviour in the aging sex offender. In: D. R. Laws & W. T. O'Donohue (Eds.), *Sexual Deviance: Theory, Assessment, and Treatment* (2nd ed.). New York: Guilford.

Blumstein, A., and Nakamura, K. (2009), Redemption in the presence of widespread criminal background checks, *Criminology, 47*(2); and summarized in an article of the same name in the *National Institute of Justice Journal, 263,* 10-17, available at https://www.ncjrs.gov/pdffiles1/nij/226872.pdf .

Bushway, S. D., Nieubeerta, P., & Blokland, A. (2011). The predictive value of criminal background checks: Do age and criminal history affect time to redemption? *Criminology, 49,* 27-60.

Duwe, G. (2012). Predicting first-time sexual offending among prisoners without a prior sex offense history: The Minnesota Sexual Criminal Offending Risk Estimate (MnSCORE). *Criminal Justice and Behavior, 39,* 1436-1456.

Hanson, R. K. (2002).  Recidivism and age: Follow-up data on 4,673 sexual offenders.  *Journal of Interpersonal Violence, 17,* 1046-1062.

Hanson, R.K. (2006). Does Static-99 Predict Recidivism Among Older Sexual Offenders? *Sex Abuse.* 18:343-355.

Hanson, R. K., Gordon, A., Harris, A. J. R., Marques, J. K., Murphy, W., Quinsey, V., & Seto, M. (2002). The 2001 ATSA report on the effectiveness of treatment for sexual offenders. Sexual Abuse: A Journal of Research and Treatment, 14 (2),169-194.

Hanson, R.K., Lloyd, C.D., Helmus, L. & Thornton, D. (2012): Developing Non-Arbitrary Metrics for Risk Communication: Percentile Ranks for the Static-99/R and Static-2002/R Sexual Offender Risk Tools, International Journal of Forensic Mental Health, 11:1, 9-23.

Hanson, R. K., Scott, H., & Steffy, R. A. (1995). A comparison of child molesters and non-sexual criminals: Risk predictors and long-term recidivism. *Journal of Research in Crime and Delinquency, 32(3),* 325-337.

Harris, A.J.R., and Hanson, R.K. (2004). *Sex Offender Recidivism: A Simple Question 2004-03.* Public Safety and Emergency Preparedness Canada, available at http://www.publicsafety.gc.ca/res/cor/rep/2004-03-se-off-eng.aspx.

Helmus, L., Thornton, D., Hanson, R.K., & Babchishin, K.M. (2012). Improving the predictive accuracy of Static-99 and Static-2002 with older sex offenders: Revised age weights. *Sexual Abuse: A Journal of Research and Treatment, 24*(1), 64-101. doi:10.1177/1079063211409951.

Hirdes, J. P. (2012). *Use of the interRAI assessment instruments in forensic mental health settings*. Presentation at the Future of Forensic Care: Solutions Worth Sharing. Utrecht, Netherlands.

Langan, P. A., Schmitt, E. L., & Durose, M. R. (2003). Recidivism of sex offenders released from prison in 1984. Bureau of Justice Statistics NCJ 198281. Washington, DC: U.S. Department of Justice.

Lovins, B., Lowenkamp, C. T., & Latessa, E. J. (2009). Applying the risk principle to sex offenders: Can treatment make some sex offenders worse? *The Prison Journal, 89*, 344-357.

Marshall, P. (1997). *The prevalence of convictions for sexual offending*. (Research Finding No. 55.) London, UK: Home Office Research and Statistics Directorate.

Sample & Bray, 2003: Sample, L. L., & Bray, T. M. (2003). Are sex offenders dangerous? *Criminology and Public Policy, 3*, 59-82. doi:10.1111/j.1745-9133.2003.tb00024.x

Singer, J. D., & Willett, J. B. (2003). *Applied Longitudinal Data Analysis: Modeling Change and Event Occurrence*. Oxford, UK: Oxford University Press.

# EXHIBIT 1

Curriculum Vitae    **R. Karl Hanson**

Work address         Corrections and Criminal Justice Research
                     Public Safety Canada
                     340 Laurier Avenue, West
                     Ottawa, Ontario  K1A 0P8
                     Canada

                                         Phone (613) 991-2840
                                         Fax (613) 990-8295
                                         email: Karl.Hanson@ps-sp.gc.ca

Education

1986 - Ph.D. in Clinical Psychology, University of Waterloo
1981 - B.A.(Hons), Psychology, Simon Fraser University

Professional Awards and Distinctions

2010 - Public Safety Canada: Student Recognition Award
2007 – Public Safety Canada: Departmental Achievement Award
2007 – Public Safety Canada: Student Recognition Award
2006 – Public Service Merit Awards for Exceptional Performance
2003 – Canadian Psychological Association: Fellow
2002 – The Association for the Treatment of Sexual Offenders: Significant Achievement Award
1998 – Public Service Merit Award for Exceptional Performance

Academic Awards

As a student (1978 – 1986), I received SSHRC doctoral and M.A. fellowships as well as awards
and scholarships from Simon Fraser University, Capilano College and the University of
Manitoba (where I completed my internship in clinical psychology).

Current Employment

| Start Dates | Location | Duties |
|---|---|---|
| 2/2009 - | Public Safety Canada | Senior Research Scientist. Conduct and supervise research on corrections, with a particular focus on sexual offenders and family violence |
| 6/2004 | Carleton University | Adjunct Professor |

Professional Work Experience

| Dates | | Location | Duties |
|---|---|---|---|
| 4/1991 - | 2/2009 | Solicitor General Canada/Public Safety Canada | Senior Research Officer. |
| 9/1986 – | 4/1991 | York University | Course Director (Personality, Abnormal, Research). Supervision of student research. (part-time) |
| 9/1987- | 1/1991 | Ontario Ministry of Correctional Services | Assessment, short-term treatment of offenders on probation and parole, staff consultation (part-time) |

Between 1987 and 1990, I was a research consultant for several organizations including the Solicitor General Canada (sexual offenders, impact of sexual victimization) and Thistletown Regional Centre (incest offender assessment). I taught psychopathology at Trent University and the Adlerian Institute. As well, I was engaged in the assessment and treatment of forensic clients, including sexual offenders at the Clarke Institute of Psychiatry (now Centre for Addiction and Mental Health, Toronto, Ontario, Canada).

## Clinical Training

I completed a one-year post-doctoral A.P.A./C.P.A. approved internship at the Health Sciences Centre, University of Manitoba in 85/86, and had prior internship experience with adults and children at the University of Waterloo, and Sunnybrook Medical Centre (Toronto). I have been registered as a psychologist in Ontario since 1987. My clinical expertise concerns the assessment and treatment of adult offenders.

### Journal Publications (refereed)

Helmus, L., Hanson, R.K., Babchishin, K.M., & Mann, R.E. (in press). Attitudes supportive of sex offending predict recidivism: A meta-analysis. *Trauma, Violence, & Abuse.* doi:10.1177/1524838012462244

Babchishin, K.M., Hanson, R.K., & Helmus, L. (in press). Even highly correlated measures can add incrementally to predicting recidivism among sex offenders. *Assessment.* doi:10.1177/1073191112458312

Hanson, R.K., Letourneau, E.J., Olver, M.E., Wilson, R.J., & Miner, M.H. (2012). Incentives for offender research participation are both ethical and practical. *Criminal Justice and Behavior, 39*(11), 1389 - 1402. doi:10.1177/0093854812449217

Helmus, L., Hanson, R.K., Thornton, D., Babchishin, K.M., & Harris, A.J.R. (2012). Absolute recidivism rates predicted by Static-99R and Static-2002R sex offender risk assessment tools vary across samples: A meta-analysis. *Criminal Justice and Behavior, 39*(9), 1148-1171. doi:10.1177/0093854812443648

Hanson, R.K., Lloyd, C.D., Helmus, L., & Thornton, D. (2012). Developing non-arbitrary metrics for risk communication: Percentile ranks for the Static-99/R and Static-2002/R sexual offender risk scales. *International Journal of Forensic Mental Health, 11*(1), 9-23. DOI:10.1080/14999013.2012.667511

Helmus, L., Thornton, D., Hanson, R.K., & Babchishin, K.M. (2012). Improving the predictive accuracy of Static-99 and Static-2002 with older sex offenders: Revised age weights. *Sexual Abuse: A Journal of Research and Treatment, 24*(1), 64-101. doi:10.1177/1079063211409951

Babchishin, K.M., Hanson, R.K., & Hermann, C.A. (2011). The characteristics of online sex offenders: A meta-analysis. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 92-123.

R.K. Hanson, Ph.D.

Seto, M.C., Hanson, R.K., & Babchishin, K.M. (2011). Contact sexual offending by men with online sexual offenses. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 124-145.

Cortoni, F., Hanson, R.K., & Coache, M. (2010). The recidivism rates of female sexual offenders are low: A meta-analysis. *Sexual Abuse: A Journal of Research and Treatment, 22*(4), 387-401.

Hanson, R.K., & Howard, P.D. (2010). Individual confidence intervals do not inform decision-makers about the accuracy of risk assessment evaluations. *Law and Human Behavior, 4,* 275 – 281. DOI: 10.1007/s10979-010-9227-3.

Mann, R.E., Hanson, R.K., & Thornton, D. (2010). Assessing risk for sexual recidivism: Some proposals on the nature of psychologically meaningful risk factors. *Sexual Abuse: A Journal of Research and Treatment, 22*(2), 191-217.

Hanson, R.K., Helmus, L., & Thornton, D. (2010). Predicting recidivism among sexual offenders: a multi-site study of Static-2002. *Law and Human Behavior, 34,* 198-211.

Cortoni, F., Hanson, R.K., & Coache, M. (2009). Les déliquantes sexuelles: prevalence et récidive [Female sexual offenders: Prevalence and recidivism]. *Revue Internationale de Criminologie et de Police Technique et Scientifique, 62,* 319-337.

Hanson, R. K. (2009). The psychological assessment of risk for crime and violence. *Canadian Psychology/Psychologie canadienne, 20*(3), 172-182.

Hanson, R.K., Bourgon, G., Helmus, L., & Hodgson, S. (2009). The principles of effective correctional treatment also apply to sexual offenders : A meta-analysis. *Criminal Justice and Behavior, 36,* 865-891.

Hanson, R.K., & Morton-Bourgon, K.E. (2009). The accuracy of recidivism risk assessments for sexual offenders: A meta-analysis of 118 prediction studies. *Psychological Assessment, 21,* 1-21.

Whitaker, D. J., Le, B., Hanson, R.K., Baker, C.K., McMahon, P., Ryan, G., Klein, A., & Rice, D.D. (2008). Risk factors for the perpetration of child sexual abuse: A review and meta-analysis. *Child Abuse & Neglect, 32,* 529-548.

Price, S., & Hanson, R.K. (2007). A Modified Stroop Task With Sexual Offenders: Replication of a Study. *Journal of Sexual Aggression, 13*(3), 203-216.

Helmus, L. M. D., & Hanson, R. K. (2007). Predictive Validity of the Static-99 and Static-2002 for Sex Offenders on Community Supervision. *Sexual Offender Treatment, 2,* 1-14.

Nunes, K. L., Hanson, R. K., Firestone, P., Moulden, H. M., Greenberg, D. M., & Bradford, J. M. (2007). Denial predicts recidivism for some sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 19*(2), 91-105.

Hanson, R.K. (2006). Does Static-99 predict recidivism among older sexual offenders? *Sexual Abuse: A Journal of Research and Treatment, 18,* 343-355.

Långström, N., & Hanson, R.K. (2006). High rates of sexual behavior in the general population: Correlates and predictors. *Archives of Sexual Behavior, 35,* 37-52.

R.K. Hanson, Ph.D.

Hanson, R.K., & Broom, I. (2005). The utility of cumulative meta-analysis: Application to programs for reducing sexual violence. *Sexual Abuse: A Journal of Research and Treatment, 17,* 357-373.

Hanson, R.K., & Morton-Bourgon, K.E. (2005). The characteristics of persistent sexual offenders: A meta-analysis of recidivism studies. *Journal of Consulting and Clinical Psychology, 73,* 1154-1163.

Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 24*(5), 2006.

Hanson, R. K., & Wallace-Capretta, S. (2004). Predictors of criminal recidivism among male batterers. *Psychology, Crime, & Law, 10*(4), 413-427.

Hanson, R. K., Broom, I., & Stephenson, M. (2004). Evaluating community sex offender treatment programs: A 12-year follow-up of 724 offenders. *Canadian Journal of Behavioural Science, 36,* 87-96.

Hanson, R. K. (2003). Empathy deficits of sexual offenders: A conceptual model. *Journal of Sexual Aggression, 9,* 13-23.

Hanson, R. K. (2002). Recidivism and age: Follow-up data on 4,673 sexual offenders. *Journal of Interpersonal Violence, 17,* 1046-1062.

Hanson, R. K., Gordon, A., Harris, A. J. R., Marques, J. K., Murphy, W., Quinsey, V. L., & Seto, M. C. (2002). First report of the Collaborative Outcome Data Project on the effectiveness of psychological treatment for sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 169-194.

Beech, A., Friendship, C., Erikson, M., & Hanson, R. K. (2002). The relationship between static and dynamic risk factors and reconviction in a sample of U.K. child abusers. *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 155-167.

Rooney, J., & Hanson, R. K. (2001). Predicting attrition from treatment programs for abusive men. *Journal of Family Violence, 16*(2), 131-149.

Hanson, R. K., & Harris, A. J. R. (2001). A structured approach to evaluating change among sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 13*(2), 105-122.

Laws, D. R., Hanson, R. K., Osborn, C. A., Greenbaum, P. E., & Murrin, M. R. (2000). Classification of child molesters by plethysmographic assessment of sexual arousal and a self-report measure of sexual preference. *Journal of Interpersonal Violence, 15*(12), 1297-1312.

Hanson, R. K., & Nicholaichuk, T. (2000). A cautionary note regarding Nicholaichuk et al. (2000). *Sexual Abuse: A Journal of Research and Treatment, 12*(4), 289-293.

Hanson, R. K., & Thornton, D. (2000). Improving risk assessments for sex offenders: A comparison of three actuarial scales. *Law and Human Behavior, 24*(1), 119-136.

Hanson, R. K., & Harris, A. J. R. (2000). Where should we intervene? Dynamic predictors of sex offense recidivism. *Criminal Justice and Behavior, 27,* 6-35.

Hanson, R. K. (1999). Working with sex offenders: A personal view. *Journal of Sexual Aggression, 4*(2), 81-93.

Parker, K. C. H., Hunsley, J., & Hanson, R. K. (1999). Old wine from old skins sometimes tastes like vinegar: A response to Garb, Floria & Grove. *Psychological Science, 10,* 291-292.

4

R.K. Hanson, Ph.D.

Hanson, R. K., Pronovost, I., Proulx, J., Scott, H., & Raza, H. (1998). Pédophile et distortions cognitive: Étude des propriétés psychométriques d'une version française de l'Échelle cognitive d'Abel et Becker. *Revue sexologique/Sexology Review, 6,* 127-141.

Hanson, R. K. (1998). What do we know about sexual offender risk assessment? *Psychology, Public Policy and Law, 4,* 50-72.

   - Reprinted in A. Schlank and F. Cohen, (1999). *The Sexual Predator: Law, Policy, Evaluation and Treatment* (pp. 8:1- 8:24). Kingston, NJ: Civic Research Institute.

Hanson, R. K., & Bussière, M. T. (1998). Predicting relapse: A meta-analysis of sexual offender recidivism studies. *Journal of Consulting and Clinical Psychology, 66*(2), 348-362.

   - Abstracted in *Scientific American, 278*(6), 28, 1998.

   - Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 16*(7), 1998.

   - Abstracted in *Year Book of Psychiatry and Applied Mental Health* (1999).

Bonta, J., Law, M., & Hanson, R. K. (1998). The prediction of criminal and violent recidivism among mentally disordered offenders: A meta-analysis. *Psychological Bulletin, 123*(2), 123-142.

Hanson, R. K., Cadsky, O., Harris, A., & Lalonde, C. (1997). Correlates of battering among 997 men: Family history, adjustment and attitudinal differences. *Violence and Victims, 12*(3), 191-208.

Hanson, R. K. (1997). How to know what works with sex offenders. *Sexual Abuse: A Journal of Research and Treatment, 9*(2), 129-145.

Cadsky, O., Hanson, R. K., Crawford, M., & Lalonde, C. (1996). Attrition from a male batterer treatment program: Client-treatment congruence and lifestyle instability. *Violence and Victims, 11,* 51-64.

Hanson, R. K., & Scott, H. (1996). Social networks of sexual offenders. *Psychology, Crime, & Law, 2,* 249-258.

Hanson, R. K. (1996). Evaluating the contribution of relapse prevention theory to the treatment of sexual offenders. *Sexual Abuse: A Journal of Research and Treatment, 8*(3), 201-208.

Hanson, R. K., & Scott, H. (1995). Assessing perspective taking among sexual offenders, non-sexual criminals and non-offenders. *Sexual Abuse: A Journal of Research and Treatment, 7,* 259-277.

Hanson, R. K., Scott, H., & Steffy, R. A. (1995). A Comparison of Child Molesters and Non-Sexual Criminals: Risk Predictors and Long-term Recidivism. *Journal of Research in Crime and Delinquency, 32*(3), 325-337.

Hanson, R. K., & Whitman, R. (1995). A rural, community action model for treating abusive men. *Canadian Journal of Community Mental Health, 14,* 49-59.

Hanson, R. K., Gizzarelli, R., & Scott, H. (1994). The attitudes of incest offenders: Sexual entitlement and acceptance of sex with children. *Criminal Justice and Behavior, 21,* 187-202.

Hanson, R. K., & Slater, S. (1993). Reactions to motivational accounts of child molesters. *Journal of Child Sexual Abuse, 2*(4), 43-59.

Hanson, R. K., Steffy, R. A., & Gauthier, R. (1993). Long-term recidivism of child molesters. *Journal of Consulting and Clinical Psychology, 61,* 646-652.

 - Abstracted in *Clinician's Research Digest: Briefings in Behavioral Science, 11*(12), 1, 1993.

Hanson, R. K. (1992). Thematic analysis of daily events as a method of personality assessment. *Journal of Personality Assessment, 58*(3), 606-620.

Wormith, J. S., & Hanson, R. K. (1992). The treatment of sexual offenders in Canada: An update. *Canadian Psychology/Psychologie canadienne, 33*(2), 180-198.

Hanson, R. K., Cox, B., & Woszczyna, C. (1991). Assessing treatment outcome for sexual offenders. *Annals of Sex Research, 4,* 177-208.

Hanson, R. K. (1990). The psychological impact of sexual victimization on women and children. *Annals of Sex Research, 3,* 187-232.

Wheeler, C. J., Hanson, R. K., & Berry, R. E. (1989). Strategic utilization of incest offender cognitions. *Journal of Strategic and Systemic Therapy, 8,* 42-57.

Hanson, R. K., & Slater, S. (1988). Sexual victimization in the history of child molesters: A review. *Annals of Sex Research, 1,* 485-499.

Hanson, R. K., Hunsley, J., & Parker, K. C. H. (1988). The relationship between WAIS subtest reliability, "g" loadings and meta-analytically derived validity estimates. *Journal of Clinical Psychology, 44,* 557-563.

Hunsley, J., Hanson, R. K., & Parker, K. C. H. (1988). A summary of the reliability and stability of MMPI scales. *Journal of Clinical Psychology, 44,* 44-46.

Parker, K. C. H., Hanson, R. K., & Hunsley, J. (1988). MMPI, Rorschach, and WAIS: A meta-analytic comparison of reliability, stability, and validity. *Psychological Bulletin, 103,* 367-373.

 - Reprinted in A. E. Kazdin, (Ed.). (1992). *Methodological issues and strategies in clinical research.* Washington, DC: American Psychological Association.

Journal Publications (invited)

Helmus, L., & Hanson, R.K. (2011). More fun with statistics! How to use logistic regression to predict criminal recidivism risk. *Crime Scene, 18*(2), 7-12.

Hanson, R.K. (2011). What should we do with sexual offenders? Review of C.P. Ewing's "Justice Perverted: Sex Offense Law, Psychology, and Public Policy". *PsycCRITIQUES-Contemporary Psychology: APA Review of Books, 56*(39).

Seto, M.C., & Hanson, R.K. (2011). Introduction to special issue on internet-facilitated sexual offending. *Sexual Abuse: A Journal of Research and Treatment, 23*(1), 3-6.

Harris, A.J.R., & Hanson, R.K. (2010). Clinical, actuarial, and dynamic risk assessment of sexual offenders: Why do things keep changing? *Journal of Sexual Aggression, 16*(3), 296-310. DOI 10.1080/13552600.2010.494772.

Thornton, D., Hanson, R.K., & Helmus, L. (2010). Moving beyond the Standard Model for Actuarial Assessment for Sexual Offenders. *California Coalition on Sexual Offending, CCOSO Quarterly Newsletter, Perspectives,* Issue: Spring 2010. Available at http://ccoso.org/newsletter.php.

Hanson, R. K. (2010). Dimensional assessment of sexual deviance. *Archives of Sexual Behavior, 39* (2), 401-404. DOI 10.1007/s10508-009-9575-6

Babchishin, K. M., & Hanson, R. K. (2009). Improving our talk: Moving beyond the "low", "moderate", and "high" typology of risk communication. *Crime Scene, 16*(1), 11-14. Available at http://www.cpa.ca/cpasite/userfiles/Documents/Criminal%20Justice/Crime%20Scene%202009-05(1).pdf

Helmus, L., Hanson, R. K., & Thornton, D. (2009). Reporting Static-99 in Light of New Research on Recidivism Norms. *The Forum* (ATSA Newsletter), *19*(4). Available at http://newsmanager.commpartners.com/atsa/issues/2009-01-21/5.html

Hanson, R.K. (2008). What statistics should we use to report predictive accuracy? *Crime Scene, 14*(1), 15-17. Available at http://www.cpa.ca/sections/criminaljustice/publications/

Harris, A. J. R., & Hanson, R. K. (2007, November 8). Stable-2007/Acute-2007. *The Forum* (ATSA Newsletter), *19*(4). Available at http://newsmanager.commpartners.com/atsa/issues/2007-11-08/2.html.

Långström, N. & Hanson, R.K. (2006). Population correlates are relevant to understanding hypersexuality: A response to Giles. *Archives of Sexual Behavior, 35,* 643-644.

Cortoni, F., & Hanson, R.K. (2006). Adult female sexual offenders: prevalence and recidivism. *NOTA News, 52,* 6-8.

Hanson, R. K. (2006). Long-term follow-up studies are difficult: Comment on Langevin et al. (2004). *Canadian Journal of Criminology and Criminal Justice, 48* (1), 103-105.

Hanson, R. K. (2005). Twenty years of progress in violence risk assessment. *Journal of Interpersonal Violence, 20*(2), 212-217.

Hanson, R. K. (2005). Age and sexual recidivism : Early identification of persistent offenders and burn-out. *CrimeScene, 12*(1), 8-9. Available at http://www.cpa.ca/sections/criminaljustice/publications/

Harris, A. J. R., & Hanson, R. K. (2003). The Dynamic Supervision Project : Improving the community supervision of sex offenders. *Corrections Today, 65,* pp 60-62,64.

Harris, A. J. R., & Hanson, R. K. (2003). Supervising community sex offenders : The Dynamic Supervision Project. *The Forum* (ATSA Newsletter), *14*(2).

Hanson, R. K. (2002). Introduction to the special section on dynamic risk assessment with sex offenders. *Sexual Abuse: A Journal of Research and Treatment, 14*(2), 99-101.

Hanson, R. K. (2000). Will they do it again? Predicting sex offence recidivism. *Current Directions in Psychological Science, 9*(3), 106-109.

R.K. Hanson, Ph.D.

- Reprinted in T.F. Oltmanns & R.E. Emery (eds). (2004). *Current directions in abnormal psychology* (pp. 116-121). Upper Saddle River, NJ: Pearson/Prentice-Hall.

Hanson, R. K. (1999). The uncertain future of correctional psychology. *Crime Scene, 6*(1), 9-11.

Hanson, R. K. (1999). Commentary on Buchanan (1998). *Evidence-Based Mental Health, 2*(1), 21.

Hanson, R. K., & Bussière, M. (1996). Sexual offender risk predictors: A summary of research results. *Forum on Corrections Research, 8*(2), 10-12.

Edited Books

Hanson, R. K., Pfäfflin, F., & Lütz, M. (2004). *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives.* Vatican: Libreria Editrice Vaticana.

Contributions to Edited Books

Hanson, R.K., & Harris, A.J.R. (in press). Criminogenic needs of sexual offenders on community supervision. In L. Craig, L. Dixon, & T. Gannon, (Eds.). *What works in offender rehabilitation: An evidence based approach to assessment and treatment.* Chichester, UK: Wiley-Blackwell.

Helmus, L., Hanson, R.K., & Babchishin, K.M. (in press). Sex offender base rates of sexual recidivism after controlling for Static-99. In A. Phenix and H. M. Hoberman (Eds.), *Sexual offenders: Diagnosis, risk assessment and management.* New York: Springer.

Helmus, L., Hanson, R.K., & Morton-Bourgon, K. (2011). International comparisons of the validity of actuarial risk tools for sexual offenders, with a focus on Static-99. In D.P. Boer, R. Eher, L.A. Craig, M.H. Miner & F. Pfafflin (Eds.), *International perspectives on the assessment and treatment of sexual offenders: Theory, practice, and research,* (pp. 57-83). Chichester, UK: Wiley-Blackwell.

Hanson, R.K. (2010). Évaluation de la dangerosité statistique chez les agresseurs sexuels. Dans R. Coutanceau et J. Smith (Réd.), *La violence sexuelle: Approche psycho-criminologique (*pp. 170 – 181). Paris : Dunod.

Anderson, D., & Hanson, R.K. (2010). Static-99: An actuarial tool to assess risk of sexual and violent recidivism among sexual offenders. In R.K. Otto & K. Douglas, (Eds.). *Handbook of violence risk assessment* (pp.251-267). Milton Park, UK: Routledge.

Hanson, R.K. (2007). Assessing sex offenders. In C. Webster & S. Hucker (Eds.), *Clinical Risk Assessment and Management (*pp. 113-121*).* Chichester: Wiley.

Hanson, R. K. (2006). Stability and change: Dynamic risk factors for sexual offenders. In W. L. Marshall, Y.M. Forandez, L.E. Marshall, & G. A. Serran (Eds.), *Sexual offender treatment: Issues and controversies* (pp. 17-31). West Sussex, UK: John Wiley.

Hanson, R. K., & Yates, P. M. (2004). Sexual violence: Risk factors and treatment. In M. Eliasson (Ed.), *Anthology on interventions against violent men* (pp. 151-166). Acta Universitatis Upsaliensis, Uppsalla Women's Studies B: Women in the Humanities: 3. Uppsala, Sweden: Uppsala Universitet.

Hanson, R. K. & Price, S. (2004). Sexual abuse screening procedures for positions of trust with children. In R.K. Hanson, F. Pfäfflin & M. Lütz, (Eds). *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives* (pp. 77-93). Vatican: Libreria Editrice Vaticana.

Hanson, R. K. (2004). Prognosis – How Can Relapse Be Avoided. In R.K. Hanson, F. Pfäfflin & M. Lütz, (Eds). *Sexual Abuse in the Catholic Church: Scientific and Legal Perspectives* (pp. 133-143). Vatican: Libreria Editrice Vaticana.

Hanson, R. K. (2004). Sex offender risk assessment. In C. R. Hollin (Ed.), *The essential handbook of offender assessment and treatment.* Chichester, UK: John Wiley & Sons.[an updated version of Hollin, 2001]

Hanson, R. K., Morton, K. E., & Harris, A. J. R. (2003). Sexual Offender Recidivism Risk: What We Know and What We Need to Know. In R. Prentky, E. Janus, & M. Seto (Eds.), *Understanding and managing sexually coercive behavior* (pp. 154-166). Annals of the New York Academy of Sciences, Vol 989. New York: New York Academy of Sciences.

Hanson, R. K. (2003). Sex offenders. In C. Webster & S. Hucker (Eds.), *Release decision making: Assessing violence risk in mental health, forensic, and correctional settings* (pp. 141-151). Hamilton, Ontario: St. Joseph's Healthcare.

Hanson, R. K. (2003). Who is dangerous and when are they safe? Risk assessment with sexual offenders. In B. J. Winick & J. Q. Lafond, (Eds.). *Protecting society from sexually dangerous offenders: Law, justice and therapy* (pp. 63-74). Washington: American Psychological Association.

Hanson, R. K. (2001). Facteurs de risque de récidive sexuelle : caractéristiques des délinquants et réponse au traitement. Dans La Fédération Française de Psychiatrie (réd.), *Psychopathologie et traitements actuels des auteurs d'agression sexuelle* (pp. 207-217). Montrouge, France : John Libbey Eurotext.

Hanson, R. K. (2001). Sex offender risk assessment. In C. R. Hollin (Ed.), *The handbook of offender assessment and treatment* (pp. 85-96). Chichester, UK: John Wiley & Sons.

Hanson, R. K. (2000). Treatment outcome and evaluation problems. In D. R. Laws, S. M. Hudson, & T. Ward (Eds.). *Remaking relapse prevention with sex offenders: A sourcebook* (pp. 485-499). Thousand Oaks, CA: Sage.

Hanson, R. K. (2000). What is so special about relapse prevention? In D. R. Laws, S. M. Hudson, & T. Ward (Eds.). *Remaking relapse prevention with sex offenders: A sourcebook* (pp. 27-38). Thousand Oaks, CA: Sage.

Harris, A. J. R., & Hanson, R. K. (1999). Dynamic predictors of sex offense recidivism: New data from community supervision officers. In B. K. Schwartz (Ed.), *The sex offender:*

R.K. Hanson, Ph.D.

*Theoretical advances, treatment special populations and legal developments (Vol. 3)* (pp. 9-1:9-12). Kingston, NJ: Civic Research Institute.

Hanson, R. K., & Harris, A. (1997). Voyeurism: Assessment and treatment. In D. R. Laws & W. O'Donohue (Eds.), *Sexual deviance: Theory, assessment, and treatment* (pp. 311-331). New York: Guilford Press.

Hanson, R. K. (1997). Invoking sympathy: The assessment and treatment of empathy deficits among sexual offenders. In B. K. Schwartz & H. R. Cellini (Eds.), *The sex offender: New Insights, treatment innovations and legal developments (Vol. 2)* (pp. 1-12). Kingston, NJ: Civic Research Institute.
Reprinted, updated and revised in B.K. Schwartz (Eds.). *Handbook of Sex Offender Treatment* (2011), (pp. 3-1 to 3-12), Kingston, NJ: Civic Research Institute.

Hanson, R. K. (1991). Characteristics of sex offenders who were sexually abused as children. In R. Langevin (Ed.), *Sex offenders and their victims* (pp. 77-85). Oakville, Ontario: Juniper Press.

Paranjpe, A. C., & Hanson, R. K. (1988). On dealing with the stream of consciousness: A comparison of Husserl and Yoga. In A. C. Paranjpe, D. Ho, & R. Reiber (Eds.), *Asian contributions to psychology* (pp. 215-231). Westport, CT: Praeger.

Psychological Tests

Hanson, R. K., & Harris, A. J. R. (2007). Stable-2007/Acute-2007 : Scoring manuals for the Dynamic Supervision Project. Unpublished scoring manuals. Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson, R. K., & Harris, A. J. R. (2004). Stable-2000/Acute-2000 : Scoring manuals for the Dynamic Supervision Project. Unpublished scoring manuals. Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson, R. K., & Tangney, J. P. (1996). *Test of Self-Conscious Affect – Social Deviance version*. Unpublished questionnaire. Available from R. K. Hanson, Corrections Research, Public Safety Canada, 340 Laurier Ave., West, Ottawa, Ontario, Canada, K1A 0P8.

Hanson Sex Attitude Questionnaires. (from Hanson, Gizzarelli & Scott, 1994). Reprinted in

Calder, M. C., with Hampson, A., & Skinner, J. (1999). *Assessing risk in adult males who sexually abuse children.* Dorset: Russell House Publishing.

Calder, M. C. (Ed.). (1999). *Risk assessment of juveniles and children who sexually abuse.* Dorset: Russell House Publishing.

Prentky, R., & Edmunds, S. B. (1997). *Assessing sexual abuse: A resource guide for practitioners.* Brandon, VT: Safer Society Press.

Carich, M. S., & Adkerson, D. L. (Eds.). (1995). *Adult sexual offender assessment packet* (pp. 75-76). Brandon, VT: Safer Society Press.

R.K. Hanson, Ph.D.

Videotapes

Hanson, R.K. (2000). *Predicting sex offender recidivism.* [Videotape training and manual]. Thousand Oaks, CA: Sage.

Government Documents

Fernandez, Y., Harris, A.J.R., Hanson, R.K., & Sparks, J. (in press). *STABLE-2007 coding manual: Revised 2012.* Ottawa: Public Safety Canada. (being translated into French, German, Dutch and Estonian).

Swedish Council on Health Technology Assessment (R. K. Hanson, Adjunct Expert Adviser). (2011). *Medical and psychological methods for preventing sexual offences against children: A systematic review.* (Report No. 207). Stockholm: Author.

Babchishin, K.M., Hanson, R.K., & Helmus, L. (2011). *The RRASOR, Static-99R and Static-2002R all add incrementally to the prediction of recidivism among sex offenders.* Corrections User Report 2011-02. Ottawa: Public Safety Canada.

Helmus, L., Thornton, D., Hanson, R.K., & Babchishin, K.M. (2011). *Assessing the risk of older sex offenders: Developing the Static-99R and Static-2002R.* Corrections User Report 2011-01. Ottawa: Public Safety Canada.

Hanson, R. K., Bourgon, G., Helmus, L., & Hodgson, S. (2009). *A meta-analysis of the effectiveness of treatment for sexual offenders : Risk, need and responsivity.* Corrections User Report 2009-01. Ottawa: Public Safety Canada.

Phenix, A., Doren, D., Helmus, L., Hanson, R.K., & Thornton, D. (2009) *Coding rules for Static-2002.* Ottawa: Public Safety Canada.

Bourgon, G., Hanson, R.K., Pozzulo, J.D. Morton Bourgon, K.E. & Tanasichuk, C.L. (2008) *The Proceedings of the 2007 North American Correctional & Criminal Justice Psychology Conference (User Report 2008-02).* Ottawa: Public Safety Canada.

Bourgon, G., Hanson, R. K., & Bonta, J. (2008). Risk, need, and responsivity : A heuristic for evaluating «quality » of offender interventions. In G. Bourgon, R. K. Hanson, J. D. Pozzulo, K. E. Morton Bourgon, & C. L. Tanasichuk, (Eds.) *The Proceedings of the 2007 North American Correctional & Criminal Justice Psychology Conference* (pp. 45-49). Corrections User Report 2008-02. Ottawa: Public Safety Canada.

Hanson, R. K., & Bourgon, G. (2008). A psychologically informed meta-analysis of sex offender treatment outcome studies. In G. Bourgon, R. K. Hanson, J. D. Pozzulo, K. E. Morton Bourgon, & C. L. Tanasichuk, (Eds.) *The Proceedings of the 2007 North American Correctional & Criminal Justice Psychology Conference* (pp. 55-57). Corrections User Report 2008-02. Ottawa: Public Safety Canada.

Hanson, R. K., Helmus, L., & Bourgon, G. (2007). *The validity of risk assessments for intimate partner violence: A meta-analysis.* Corrections User Report No. 2007-07. Ottawa: Public Safety Canada.

11

R.K. Hanson, Ph.D.

Collaborative Data Outcome Committee. (2007). Sex offender treatment outcome research: Guidelines for Evaluation (CODC Guidelines). Part 1: Introduction and overview. Corrections User Report No 2007-02. Ottawa: Public Safety Canada.

Collaborative Data Outcome Committee. (2007). The Collaborative Outcome Data Committee's Guidelines for the evaluation of sexual offender treatment outcome research. Part 2: CODC Guidelines. Corrections User Report No 2007-03. Ottawa: Public Safety Canada.

Hanson, R. K., Harris, A.J.R., Scott, T., & Helmus, L. (2007). Assessing the risk of sexual offenders on community supervision: The Dynamic Supervision Project. Corrections User Report No 2007-05. Ottawa: Public Safety Canada.

Hanson, R.K., & Morton-Bourgon, K.E. (2007). *The accuracy of recidivism risk assessments for sexual offenders : A meta-analysis.* Corrections User Report No 2007-01. Ottawa: Public Safety and Emergency Preparedness Canada.
Abstracted in Tardif, M. (Éd.). *L'agression sexuelle: Cooperer au-delà des frontières. Cifas, 2005.* Montréal : Cifas- Institut Philippe-Pinel de Montréal. http://www.cifas.ca.

Cortoni, F., & Hanson, R. K. (2005). *A review of the recidivism rates of adult female sexual offenders.* Report No R-169. Ottawa: Correctional Service of Canada.

Hanson, R. K (2005). *The validity of Static-99 with older sexual offenders.* Corrections User Report No 2005-01: Public Safety and Emergency Preparedness Canada.

Harris, A.J.R., & Hanson, R.K. (2004). Sex offender recidivism : A simple question. Corrections Users Report No. 2004-03: Public Safety and Emergency Preparedness Canada.

Hanson, R. K., & Morton-Bourgon, K. (2004). Predictors of sexual recidivism : An updated meta-analysis. Corrections User Report No. 2004-02: Public Safety and Emergency Preparedness Canada.
- reprinted (in Polish): Hanson, R. K., & Morton-Bourgon, K. (2004). Predykytory recydywy przestępstw seksualnych: uaktualniona metaanaliza. *Dziecko krzywdzone: Teoria, badania praktyka, 7,* 68-107.

Harris, A., Phenix, A., Hanson, R. K., & Thornton, D. (2003). Static-99 coding rules : Revised 2003. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Thornton, D. (2003). Notes on the development of Static-2002. User Report 2003-01. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K. (2001). Age and sexual recidivism: A comparison of rapists and child molesters. User Report 2001-01. Ottawa: Department of the Solicitor General of Canada.

Phenix, A., Hanson, R. K., & Thornton, D. (2000). Coding rules for the Static-99. Corrections Research: Manuals and Forms. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Wallace-Capretta, S. (2000). Predicting recidivism among male batterers. User Report 2000-06. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Wallace-Capretta, S. (2000). A multi-site study of treatment for abusive men. User Report 2000-05. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Harris, A. J. R. (2000). The Sex Offender Need Assessment Rating (SONAR): A method for measuring change in risk levels. User Report 2000-01. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Thornton, D. (1999). Static-99: Improving actuarial risk assessments for sex offenders. User Report 99-02. Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K., & Harris, A. J. R. (1998). Dynamic predictors of sexual recidivism. (User Report 1998-01). Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K. (1997). The development of a brief actuarial risk scale for sexual offense recidivism. (User Report 97-04). Ottawa: Department of the Solicitor General of Canada.

Hanson, R. K. (1996). Measuring empathy in sexual offenders. In *The treatment of imprisoned sex offenders* (pp. 21-24). London, UK: HM Prison Service.

Hanson, R. K., & Bussière, M. T. (1996). Predictors of sexual offender recidivism: A meta-analysis. (User Report 96-04). Ottawa: Department of the Solicitor General of Canada.

Bonta, J., & Hanson, R. K. (1994). Gauging the risk for violence: Measurement, impact and strategies for change. Ottawa: Ministry Secretariat, Solicitor General Canada.

Hanson, R. K., & Hart, L. (Eds.). (1993). *The evaluation of treatment programs for male batterers: Conference proceedings.* Ottawa: Ministry Secretariat, Solicitor General Canada.

Hanson, R. K., Steffy, R. A., & Gauthier, R. (1992). Long-term follow-up of child molesters: Risk prediction and treatment outcome. (User Report No. 1992-02.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Hanson, R. K., Cox, B., & Woszczyna, C. (1991). Sexuality, personality and attitude questionnaires for sexual offenders: A Review. (User Report No. 1991-13.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Hanson, R. K. (1990). The psychological impact of crime: A review. (User Report No. 1990-01.) Ottawa: Corrections Branch, Ministry of the Solicitor General of Canada.

Canada. (1990). The management and treatment of sex offenders. Ottawa: Solicitor General Canada. (Members of the working group were R. Cormier, C. Gainer, K. Hanson, F. Porporino, and S. Wormith.)

Special Reports

Phenix, A., Helmus, L., & Hanson, R. K. (2012). *Static-99R & Static-2002R evaluators' workbook.* Available at www.static99.org

R.K. Hanson, Ph.D.

Hanson, R. K. (2000). *Risk assessment.* Beaverton, OR: Association for the Treatment of Sexual Abusers.

Doctoral Dissertation

Hanson, R. K. (1986). The assessment of cognitive structures: Emotions and the meaning of daily events (Doctoral dissertation, U. of Waterloo, 1986) *Dissertation Abstracts International, 47,* 2214B-2215B.

Manuscripts submitted for publication/presentation

Hanson, R. K. (2012, October). Étude de la validité de construit des échelles actuarielles statiques: les facteurs de risque statiques sont des indicateurs de dimensions psychologiques associées à la récidive. Submitted for publication.

Hanson, R. K., Harris, A. J. R., Helmus, L., & Thornton, D. (2012, September). High risk offenders may not be high risk forever. Manuscript submitted for publication (30 pages).

Price, S.A., Hanson, R.K., & Tagliani, L. (2012, July). Screening procedures in the United Kingdom for positions of trust with children. Manuscript submitted for publication. (32 pages).

Hanson, R.K., Babchishin, K.M., Helmus, L., & Thornton, D. (2012, July). Quantifying the relative risk of sex offenders: Risk ratios for Static-99R. Manuscript submitted for publication. (50 pages).

Hanson, R.K., & Harris, A.J.R. (2012, March). The reliability and validity of STABLE-2007: A review of the research. Submitted for presentation.

Helmus, L., & Hanson, R.K. (2012, March). Dynamic risk assessment using STABLE-2007: Updated follow-up and new findings from the Dynamic Supervision Project. Submitted for presentation.

Harris, A.J.R., & Hanson, R.K. (2012, February). When is a sex offender no longer a sex offender? Submitted for presentation.

Hanson, R.K., & Thornton, D. (2012, February). Pre-selection effects can explain group differences in sexual recidivism base rates in Static-99R and Static-2002R validation studies. Submitted for presentation.

Selected Conference Presentations (since 2000)

Hanson, R. K., & Harris, A. J. R. (2012, October). The reliability and validity of STABLE-2007 : A review of the research. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Helmus, L. & Hanson, R. K. (2012, October). Dynamic risk assessment using STABLE-2007 : Updated follow-up and new findings from the Dynamic Supervision Project. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

14

Harris, A. J. R., & Hanson, R. K. (2012, October). When is a sex offender no longer a sex offender? Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Hanson, R. K., & Thornton, D. (2012, October). Preselection effects can explain variability in sexual recidivism base rates in Static-99R and Static-2002R validation studies. Presentation at the 31st Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Denver, CO.

Hanson, R. K. (2012, June). The assessment and treatment of sexual offenders. Presentation at Expertisecentrum Forensische Psychiatrie Conference on the Future of Forensic Care: Solutions Worth Sharing, Utrecht, Holland.

Hanson, R. K. (2011, November). Percentile ranks for Static-99/R and Static-2002/R. Presentation at the 30th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Toronto, Ontario.

Hanson, R.K. (2011, June). Calculating and presenting percentile ranks for the risk of crime and violence. Second North American Correctional and Criminal Justice Psychology Conference, Toronto.

Seto, M. C., Hanson, R. K., & Babchishin, K. M. (2011, March). Child pornography offenders: Contact offending history and risk of recidivism. Paper presented at the 4th International Congress of Psychology and the Law, Miami, FL.

Babchishin, K.M., & Hanson, R.K. (2010, October). Even Highly Correlated Measures Can Add Incrementally to Risk Prediction: Comparing Static-99R and Static-2002R. Presentation at the 29th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Phoenix, Arizona.

Harris, A.J.R., & Hanson, R.K. (2010, October). Adjusting Recidivism Estimates on the Basis of Time Free. Presentation at the 29th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Phoenix, Arizona.

Hanson, R. K. (2010, June). How should we report the accuracy of risk assessments for crime and violence? Presentation at the Annual Convention of Canadian Psychological Association, Winnipeg.

Cortoni, F., Hanson, R. K., & Coache, M. (2009, November). Recidivism rates of female sexual offenders : A meta-analytic review. Presentation at the American Society of Criminology, Philadephia, PA.

Helmus, L., Thornton, D., & Hanson, R. K. (2009, October). Should Static-99 recidivism estimates be adjusted based on age at release? A multi-sample exploration. Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

Thornton, D., Helmus, L., & Hanson, R. K. (2009, October). Does Static-2002 fully allow for the effects of age on release? Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

`

,

Hanson, R.K., & Helmus, L. (2009, October). Methods for combining historical and psychological risk factors: An example using Static-2002 and STABLE-2007. Presentation at the 28th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Dallas.

Hanson, R. K. (2009, June). The Growing Pains of Actuarial Risk Assessment for Sexual Offenders. Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Cortoni, F., & Hanson, R. K. (2009, May). Les principes d'évaluation du risque de récidive. Atelier au 5me Congrès internationale francophone sur l'agression sexuelle, Montréal, Quebec.

Cortoni, F., Hanson, R. K., & Coache, M. (2009, May). Les délinquantes sexuelles : prévalence et récidive. Communication scientifique au 5me Congrès internationale francophone sur l'agression sexuelle, Montréal, Quebec.

Hanson, R.K., & Barsetti, I. (2009, May). L'utilité et la valeur de l'évaluation des facteurs dynamiques dans l'évaluation du risque de récidive sexuelle. Atelier au 5me Congrès internationale francophone sur l'agression sexuelle, Montréal, Quebec.

Helmus, L., Hanson, R.K., & Thornton, D. (2008, October). The stability of recidivism for Static-2002 risk categories. Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Harris, A.J.R., Helmus, L., Hanson, R.K., & Thornton, D. (2008, October). Are new norms needed for Static-99? Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Mann, R.E., Hanson, R.K., & Thornton, D. (2008, October). What should be assessed in sexual offender risk assessments? Presentation at the 27th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Atlanta, Georgia.

Bourgon, G., & Hanson, R. K. (2008, September). Meta-analysis of sex offender treatment efficacy : The importance of methodological quality and treatment quality. Presentation at the European Society of Criminology, Edinburgh, UK.

Nunes, K. L., Hanson, R. K., Firestone, P., Moulden, H., Greenberg, D. M., & Bradford, J. M. (2007, November). Denial predicts recidivism for some sexual offenders. In K. L. Nunes (Chair), A closer look at the relationship between denial and recidivism. Symposium at the 26th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

Harris, A.J.R., & Hanson, R.K. (2007, November). Dynamic Supervision Project Outcomes: Risk Assessment Partnerships with Multiple Provinces and States Presentation at the 26th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

Helmus, L., & Hanson, R. K. (2007, November). A Multi-Site Comparison of the Validity and Utility of Static-99 and Static-2002 for Risk Assessment. Presentation at the 26th Annual

R.K. Hanson, Ph.D.

Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Diego, California.

Hanson, R.K., & Bourgon, G. (June, 2007). Meta-analysis of sexual offender treatment outcome studies: Distinguishing quality studies from quality treatment. Presentation at the North American Correctional and Criminal Justice Psychology Conference, Ottawa.

Bourgon, G., Hanson, R.K., & Bonta, J. (June, 2007). Risk, Need, and Responsivity: A heuristic for evaluating the "quality" of offender interventions. Presentation at the North American Correctional and Criminal Justice Psychology Conference, Ottawa.

Helmus, L., & Hanson, R. K. (June, 2007). The Accuracy of Risk Assessment for Intimate Partner Violence Offenders: A Meta-Analysis. Presentation at the International Association of Forensic Mental Health Services, Montreal, Canada.

Harris, A.J.R., & Hanson, R.K (2006, September). The dynamic supervision of sexual offenders: Updated data 2006. Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Chicago, IL.

Harris, A.J.R., & Hanson, R.K (2005, November). Dynamic assessment beyond static: Value added? Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Salt Lake City, Utah.

Price, S., Hanson, R.K., & Andrews, D.A. (2005, November). Automatic processing of sexual information: A Stroop replication study. Presentation at the Annual Treatment and Research Conference of the Association for the Treatment of Sexual Abusers, Salt Lake City, Utah.

Hanson, R. K. (October, 2005). L'évaluation de risque de récidive chez les délinquants sexuels dans la communauté : Facteurs statiques, stables et aigus. Presentation at the Troisième congrès international francophone sur l'agression sexuelle, Hull-Gatineau, Canada.

Price, S., Hanson, R.K., & Andrews, D.A. (June, 2005). Measuring the deviant schema of sexual offenders: A Stroop replication study. Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Hanson, R.K. (June, 2005). The assessment of criminogenic needs of sexual offenders by community supervision officers : Reliability and validity. Presentation at the Annual Convention of Canadian Psychological Association, Montreal.

Cortoni, F., & Hanson, R. K. (October, 2004). A review of the sexual recidivism rates of female offenders. Presentation at the 23rd Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Albuquerque.

Hanson, R. K. (October, 2004). The future of sexual offender treatment outcome research: Introduction. Presentation at the 23rd Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, Albuquerque, New Mexico.

Långström, N., & Hanson, R.K. (June, 2004). Hypersexual behavior in the general population: Risk factors and correlates. International Association of Sex Research, Helsinki, Finland.

17

R.K. Hanson, Ph.D.

Thomas, T., Harris, A. J. R., Forth, A. E., & Hanson, R. K. (June, 2004). Static and dynamic factors: Predicting recidivism in adult sexual offenders. Presentation at the Annual Convention of Canadian Psychological Association, St. John's.

Price, S., & Hanson, R. K. (June, 2004). Sexual abuse screening procedures for positions of trust with children. Presentation at the Annual Convention of Canadian Psychological Association, St. John's.

Hanson, R. K., Thornton, D., & Price, S. (2003, October). How much do the observed recidivism rates underestimate the actual rates ? Presentation at the 22th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, St. Louis.

Thornton, D., & Hanson, R. K. (2003, October). Models of real re-offence rates: Clinical implications. Presentation at the 22th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, St. Louis.

Hanson, R. K., & Morton, K. E. (2003, June). Recidivism risk factors for sexual offenders : An updated meta-analysis. Presentation at the Canadian Psychological Association Annual Convention, Hamilton, Ontario.

Harris, A.J.R., & Hanson, R.K. (2003, June). Improving the standard of probation and parole supervision of community-based sexual offenders: The Dynamic Supervision Project. Presentation at the Canadian Psychological Association Annual Convention, Hamilton, Ontario.

Hanson, R. K. (2002, May). Static-99, RRASOR and SONAR. Presentation at the Canadian Psychological Association Annual Convention, Vancouver, B.C.

Hanson, R. K. (2002, May). Constructing empirically based risk scales: Balancing breadth and efficiency. Presentation at the Canadian Psychological Association Annual Convention, Vancouver, B.C.

Hanson, R. K. (2001, November). Do sexual offenders burn out? Data from 10 recidivism studies. Presentation at the 20th Annual Research and Treatment Conference of the Association for the Treatment of Sexual Abusers, San Antonio, Texas.

Broom, I., Hanson, R. K., & Stephenson, M. (2001, June). An evaluation of community sex offender treatment programs in the Pacific Region. Presentation at the Canadian Psychological Association's Annual Convention, Saint Foy, Quebec.

Hanson, R. K., & Harris, A. J. R. (2001, January). La prévision de risque chez les délinquants sexuels: Un programme de recherche. Présentation au Premier congrès international francophone sur l'agression sexuelle, Québec (Québec).

Hanson, R. K., & Wallace-Capretta, S. (2000, June). A multi-site study of treatment for abusive men. Presentation at the Canadian Psychological Association, Ottawa.

Hanson, R. K. (2000, May). Measuring change in sex offenders. Presentation at the 6th International Conference on the Treatment of Sexual Offenders, Toronto, Ontario.

18

R.K. Hanson, Ph.D.

Conference Presentations (1984 to 1999)

During this period, I gave 50 presentations at professional conferences, on topics including personality theory, social psychology, the reliability and validity of psychological tests, and the assessment and treatment of sexual offenders, mentally disordered offenders, and abusive men.

A selection of invited addresses, conference plenaries, and other noteworthy presentations.

Trauma and Transformation: The Catholic Church and the Sexual Abuse Crisis, Montreal. (October, 2011). Sexual offenders inside and outside the Church.

Second North American Correctional and Criminal Justice Psychology Conference, Toronto. (June, 2011). The assessment and treatment of sexual offenders.

Centre international de criminology comparée, Université de Montréal. (March, 2009). Improving psychological risk assessments for crime and violence.

International Summer Conference: Research in Forensic Psychiatry, Regensburg, Germany (June, 2008). Chronic propensities and current manifestations: Measuring change in the recidivism risk of sexual offenders.

Canadian Psychological Association – Criminal Justice Section (June, 2006). A framework for violence risk assessment : Static, stable and acute factors.

Congrès international francophone sur l'agression sexuelle, Hull-Gatineau, Canada. (October, 2005). L'évaluation de risque et évolution des pratiques.

Association for the Treatment of Sexual Abusers. (September, 2006) What works: The principles of effective interventions with offenders. (October, 2003) Confronting clergy abuse: Consulting at the Vatican (with William Marshall & Martin Kafka). (November, 2000) The effectiveness of treatment for sexual offenders:  Report of the ATSA Collaborative Data Research Committee.

Scottish Prison Service, Edinburgh (September, 1995 and 2003) Sexual offender recidivism.

NOTA Annual Convention (UK):  Keynote addresses in 1995 [Cambridge], 1998[ Glasgow] and 2003 [Edinburgh]).  NOTA Scotland (Stirling, 2009).

Karolinska Institut, Stockholm (August, 2003). Assessing the recidivism risk of sexual offenders.

Conference on the Abuse of Children and Young People by Catholic Priests and Members of Religious Orders, Vatican (2003, April).  Sexual abuse screening procedures for positions of trust with children; risk assessment for identified offenders.

International Conference for Judicial and Clinical Treatment of Sexual Offenders, Taipai, Taiwan (2002, November). Risk markers for recidivism of sex offenders.

International Association for the Treatment of Sexual Offenders: (2002, September, Vienna). Empirical evidence of sex offender treatment efficacy. (2006, September, Hamburg) Dynamic risk assessment for sexual offenders on community supervision. (2010,

19

September, Oslo) A meta-analysis of sexual offender treatment outcome studies. (2012, Berlin). The characteristics of online sex offenders.

Understanding and Managing Sexually Coercive Behavior, A New York Academy of Sciences Conference, Washington, DC. (2002, June).  Sex offender recidivism risk: What we know and what we need to know.

Conférence de consensus Psychopathologie et traitements actuels des auteurs d'agression sexuelle, Paris, France. (2001, November).  Facteurs de risque de récidive sexuelle : caractéristiques des délinquants et réponse au traitement.

Università Pontificia Salesiana, Rome, Italy. (2001, November). Evaluation and treatment of sexual offenders.

National Joint Committee of Senior Criminal Justice Officials, Sault Ste. Marie. (May, 2001). Sex offenders: Risk factors and treatment outcome.

American Academy of Psychiatry and Law, Vancouver, B.C. (October, 2000).  Using research to improve risk assessments for sex offenders.

Annual Residental Meeting UK College of Forsenic Psychiatry, Amsterdam (February, 99). Characteristics of Abusive Men.

Regroupement des intervenants en matière d'agression sexuels (RIMAS), Québec (September, 1998). Indicateurs de la récidive chez les agresseurs sexuels dans la communauté.

Home Office Sex Offender Treatment Conference, Coventry, U.K. (September, 1994).  Assessing empathy in sexual offenders.

Therapeutic Intervention with Sex Offenders, Gander, Newfoundland. (1991, June). Keynote address: Recent research on the assessment and treatment of sexual offenders.

Sex Offenders and Their Victims Conference, Toronto. (1989,  November). Characteristics of sex offenders who were sexually abused as children.

Graduate Student Supervision

Price. S. (2006). A modified Stroop task with sexual offenders: A replication of a study. (M.A. thesis). Psychology Department, Carleton University.

Kerry, G. (2001). Understanding and predicting intimate femicide: An analysis of men who kill their intimate female partners.  (Ph.D. thesis).  Psychology Department, Carleton University.

Dickie, I. (1998).  An information processing approach to understanding sympathy deficits in sexual offenders.  (M.A. thesis).  Psychology Department, Carleton University.

Rooney, J. (1998).  Predicting attrition from treatment programs for male batterers.  (M.A. thesis.) Psychology Department, Carleton University.

External Examiner

R.K. Hanson, Ph.D.

Carpentier, J. (2009). Adolescents auteurs d'abus sexuels: carrière criminelle et facteurs associés. (Ph.D.). École de criminologie, Université de Montréal.

Eccleston, L. (2001). Violent offenders' failure on parole – personality and dynamic risk factors. (D. Psych.)  University of Melbourne.

Cooper, H. (2000).  Long-term follow-up of a community-based treatment program for adolescent sex offenders. (M.A.)  Psychology Department, Lakehead University.

Jordon, S. A. (1999).  An exploration of risk factors for aggression in relationships.  (Ph.D.) Psychology Department, University of Ottawa.

Palmer, W. (1996).  Enhancing parole prediction using current, potentially dynamic predictors, a continuous longitudinal criterion, and event history analysis. (Ph.D.) Psychology Department, Queen's University.

Qualified as an expert witness

Washington State, 2007. Evaluation of sexual offenders
Commonwealth of Massachusetts, 2002, 2004.  Sex offender risk assessment
State of Arizona, 1999.  Sex offender risk assessment
State of California, 1998.  Sex offender risk assessment

Dissemination through popular media

I have been regularly consulted by reporters and my research findings has been presented in a wide range of popular media outlets, including the *Economist, Scientific American, Scientific American: Mind,  New York Times, Atlantic Monthly, Wall Street Journal, CBC Radio (national and regional), CBC Television, CTV, Fox News (*live interview)*, Globe and Mail, Chatelaine,* and *the National Post.*

Associate Editor

*Sexual Abuse: A Journal of Research and Treatment,* 1999 – 2010

Editorial Board

*Criminal Justice and Behavior, 2006 -
Journal of Sexual Offender Civil Commitment: Science and the Law, 2005 - 2008
Sexual Abuse: A Journal of Research and Treatment,  2010 -*

Reviewer

I have been an an ad hoc reviewer for the following journals:

*Canadian Journal of Behavioural Science, Canadian Journal of Criminology and Criminal Justice, Cognitive Therapy and Research, Criminal Justice and Behavior, Criminologie, Journal of Abnormal Psychology, Journal of Consulting and Clinical Psychology, Journal of Interpersonal Violence, Journal of the American Academy of Psychiatry and the Law, Journal of Strategic and Systemic Therapy, Justice Quarterly, Law and Human Behavior, Legal and Criminological*

21

R.K. Hanson, Ph.D.

*Psychology, Psychological Assessment, Psychological Bulletin, Professional Psychology, and Psychology, Crime, & Law.*

Granting agencies:

Federal Ministry of Education and Research (Germany), Ontario Mental Health Foundation, Fonds pour la Formation de Chercheurs et l'Aide à la Recherche (Québec), Fonds de la recherche en santé (Québec), and the Social Sciences and Humanities Research Council of Canada.

And book publishers :

American Psychological Association; Oxford University Press; Wiley.

Membership in Professional Associations

American Psychological Association
Association for the Treatment of Sexual Abusers
  - Board of Directors, Chair of Research Committee (2009 – 2012)
Canadian Psychological Association
  - Secretary/Treasurer for the Criminal Justice Section (1996 – present)
International Association for the Treatment of Sexual Offenders
  - Scientific Advisor Committee (2000 - present)
International Association for Correctional and Forensic Psychology
Ontario College of Psychology

National/International Working Groups, Scientific Committees and Advisory Boards

Current:

American Psychiatric Association. Advisor to the DSM-V Sexual Disorders Workgroup (2009-
      present).
Centre International de Criminologie Comparée (Montréal) – Collaborator-member (2010 to
      present).
Dutch Ministry of Justice, Expertise Center for Forensic Psychiatry. Scientific Council (2010 to
      present).
Hong Kong Correctional Services – Honorary Advisor of the Construction of Risks and Needs
      Assessments Tools for Sex Offenders (2010 to present).
Safer Society Program & Press (Vermont, USA).  Advisory Board (1995 – 1997; 1999 – 2000;
      2007 to present).
Social Sciences and Humanities Research Council of Canada – Committee Member (2011 to
      present)
Sociatà Internazionale di Psicologia Guiridica (Rome; International Society of Psychology and
      Law).  Scientific Committee (2008 to present).

Previous:

Correctional Service of Canada. Accreditation Panel (1998 – 2006).
Her Majesty's Prison Service (United Kingdom). Advisory Board/Accreditation Panel (1993 –
      1999; 2000 – 2001).
Solicitor General Canada. Sexual Offender Working Group Member (1988).

22

R.K. Hanson, Ph.D.

Swedish Council on Technology Assessments in Health Care (SBU). External advisor (2010 –
    2011)


Selected National/International consultation and training

TBS Review Board, Utrecht, Holland – 2009, 2012
New York State Office of Mental Health – 2009
Vatican, Holy See - 2003
Commonwealth of Massachusetts, Public defenders - 2002
Commonwealth of Massachusetts, Sex Offender Registry Board – 2000
Sex Offender Commitment Defenders Association – 2000
Wisconsin Sex Offender Treatment Network, 1998/2000 (video training tapes)
State of California, Department of Mental Health - 1997 - 2011
National Parole Board of Canada – 1996 - present

As well, I have provided periodic training workshops for various US federal and state
organisations (e.g., State of Colorado, U.S. Department of Justice, Safer Society).

Canadian government language competency in French  E/C/B

# EXHIBIT 2

# STATIC-99 – TALLY SHEET

**Subject Name:** _____

**Place of Scoring:** _____

**Date of Scoring:** _____    **Name of Assessor:** _____

| Question Number | Risk Factor | Codes | | Score |
|---|---|---|---|---|
| 1 | Young | Aged 25 or older | | 0 |
| | | Aged 18 – 24.99 | | 1 |
| 2 | Ever Lived With | Ever lived with lover for at least two years? | | |
| | | Yes | | 0 |
| | | No | | 1 |
| 3 | Index non-sexual violence - Any Convictions? | No | | 0 |
| | | Yes | | 1 |
| 4 | Prior non-sexual violence - Any Convictions? | No | | 0 |
| | | Yes | | 1 |
| 5 | Prior Sex Offences | Charges | Convictions | |
| | | None | None | 0 |
| | | 1-2 | 1 | 1 |
| | | 3-5 | 2-3 | 2 |
| | | 6 + | 4+ | 3 |
| 6 | Prior sentencing dates (excluding index) | 3 or less | | 0 |
| | | 4 or more | | 1 |
| 7 | Any convictions for non-contact sex offences | No | | 0 |
| | | Yes | | 1 |
| 8 | Any Unrelated Victims | No | | 0 |
| | | Yes | | 1 |
| 9 | Any Stranger Victims | No | | 0 |
| | | Yes | | 1 |
| 10 | Any Male Victims | No | | 0 |
| | | Yes | | 1 |
| | **Total Score** | **Add up scores from individual risk factors** | | |

| | POINTS | Risk Category |
|---|---|---|
| **Suggested Nominal Risk Categories** | 0,1 | Low |
| | 2,3 | Moderate-Low |
| | 4,5 | Moderate-High |
| | 6+ | High |

# EXHIBIT 3

## Static-99R Coding Form

| Question Number | Risk Factor | Codes | | Score |
|---|---|---|---|---|
| 1 | Age at release | Aged 18 to 34.9 | | 1 |
| | | Aged 35 to 39.9 | | 0 |
| | | Aged 40 to 59.9 | | -1 |
| | | Aged 60 or older | | -3 |
| 2 | Ever Lived With | Ever lived with lover for at least two years? | | |
| | | Yes | | 0 |
| | | No | | 1 |
| 3 | Index non-sexual violence - Any Convictions | No | | 0 |
| | | Yes | | 1 |
| 4 | Prior non-sexual violence - Any Convictions | No | | 0 |
| | | Yes | | 1 |
| 5 | Prior Sex Offences | Charges | Convictions | |
| | | 0 | 0 | 0 |
| | | 1,2 | 1 | 1 |
| | | 3-5 | 2,3 | 2 |
| | | 6+ | 4+ | 3 |
| 6 | Prior sentencing dates (excluding index) | 3 or less | | 0 |
| | | 4 or more | | 1 |
| 7 | Any convictions for non-contact sex offences | No | | 0 |
| | | Yes | | 1 |
| 8 | Any Unrelated Victims | No | | 0 |
| | | Yes | | 1 |
| 9 | Any Stranger Victims | No | | 0 |
| | | Yes | | 1 |
| 10 | Any Male Victims | No | | 0 |
| | | Yes | | 1 |
| | **Total Score** | Add up scores from individual risk factors | | |

## Translating Static-99R scores into risk categories

### Score        Label for Risk Category

-3 through 1    =    Low
2, 3            =    Low-Moderate
4, 5            =    Moderate-High
6 plus          =    High

# EXHIBIT 4

