JAMES C. HARRISON, State Bar No. 161958
KAREN GETMAN, State Bar No. 136285
MARGARET R. PRINZING, State Bar No. 209482
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA 94577
Phone: (510) 346-6200
Fax: (510) 346-6201
Email: harrison@rjp.com

Attorneys for Interveners
Daphne Phung and Chris Kelly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, *et al.*,<br><br>Defendants. | No.: C 12-5713 TEH<br><br>**INTERVENERS' JOINDER IN DEFENDANT HARRIS' OBJECTIONS TO THE DECLARATION OF DAVID G. POST**<br><br>Hearing:<br><br>Date: December 17, 2012<br>Time: 10:00 a.m.<br>Crtrm.: 12<br><br>(The Honorable Thelton E. Henderson) |

INTERVENERS' JOINDER IN DEF. HARRIS'
OBJECTIONS TO THE DECL. OF DAVID G.
POST – NO. C 12-5713 TEH

Interveners Daphne Phung and Chris Kelly hereby join defendant Attorney General Kamala Harris' objections to the declaration of David G. Post for the reasons set forth therein.

Dated:  November 26, 2012               Respectfully Submitted,

REMCHO, JOHANSEN & PURCELL, LLP

By:  /S/ James C. Harrison

Attorneys for Interveners
Daphne Phung and Chris Kelly

(00186926-2)

INTERVENERS' JOINDER IN DEF. HARRIS'     1
OBJECTIONS TO THE DECL. OF DAVID G.
POST – NO. C 12-5713 TEH