MICHAEL T. RISHER (SB# 191627)
mrisher@aclunc.org
LINDA LYE (SB# 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

HANNI FAKHOURY (SB# 252629)
hanni@eff.org
LEE TIEN (SB# 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
JOHN DOE, *et al*.
on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, *et al*., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, *et al*., <br><br> Defendants. | Civil Case No. 3:12-CV-05713-TEH <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMITATION FOR PLAINTIFFS' REPLY** |

WHEREAS, the proponents of Proposition 35, Chris Kelly and Daphne Phung, have sought leave to intervene in this action as defendants;

WHEREAS, Defendant Kamala Harris and Proposed Intervenors Kelly and Phung have each filed separate opposition briefs, *see* Dkts. 54 & 55;

WHEREAS, the two opposition briefs together total 40 pages, in excess of the 25-page limit established in Local Rule 7-4(b);

WHEREAS, as required by Local Rule 5-1(i)(3), the undersigned filer attests that concurrence in the filing of this document has been obtained from the other signatories;

THEREFORE, Plaintiffs, Defendant Harris, and Proposed Intervenors hereby stipulate that Plaintiffs may file a reply brief of up to 20 pages, notwithstanding the 15-page limit established in Local Rule 7-4(b).

DATED: November 30, 2012                     Respectfully submitted,


By:     /s/ Michael T. Risher

Michael T. Risher
Linda Lye
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

Hanni Fakhoury
Lee Tien
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
JOHN DOE, *et al*., on behalf of themselves

and others similarly situated

By: /s/ Robert D. Wilson

Kamala Harris
Attorney General of California
Peter K. Southworth
Supervising Deputy Attorney General
Robert D. Wilson
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box. 944255
Sacramento, CA 94244-2550
Telephone: (916) 327-7870
Facsimile: (916) 324-8835

*Attorneys for Defendant Kamala Harris*

By: /s/ Karen Getman

James C. Harrison
Karen Getman
Margaret R. Prinzing
REMCHO, JOHANSEN & PURCELL
201 Dolores Ave
San Leandro, CA 94577
Telephone: (510) 346-6200
Facsimile: (510) 346-6201

*Attorneys for Proposed Intervenors Chris Kelly & Daphne Phung*

## [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs are hereby granted leave to file a reply brief of up to 20 pages, notwithstanding the page limitation of Local Rule 7-4(b).

_____
Judge Thelton E. Henderson
United States District Judge