MICHAEL T. RISHER (SB# 191627)
mrisher@aclunc.org
LINDA LYE (SB# 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

HANNI FAKHOURY (SB# 252629)
hanni@eff.org
LEE TIEN (SB# 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
JOHN DOE, *et al*.
on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, *et al*., on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KAMALA D. HARRIS, *et al*.,<br><br>　　　　　Defendants. | Civil Case No.  3:12-CV-05713-TEH<br><br>**Stipulation and [~~proposed~~] order extending time for**<br>**City of Alameda to respond to Complaint and re: City's desire not to participate in litigation over plaintiffs' motions for preliminary injunction, to proceed anonymously, for partial sealing, and for provisional class certification** |

Plaintiffs and the Defendant City of Alameda ["City"] wish to extend the time for the City to answer, move, or otherwise respond to the complaint for a period of 90 days from the date of filing this matter, in order to expedite litigation and to avoid the unnecessary expenditure of resources by the City. This case was filed, and the City served, on November 7, 2012. This change will not alter the date of any event or any deadline already fixed by Court order.

For these same reasons, Defendant City of Alameda wishes not to be involved in litigation over the following: the TRO or preliminary injunction, since Plaintiffs do not seek such relief directly against the City; provisional class certification for the purposes of preliminary injunctive relief; whether Plaintiffs Doe and Roe may proceed anonymously; or whether the Doe and Roe declarations, or other declarations that may be submitted relating to provisional class certification or preliminary injunctive relief, may be partially sealed.

IT IS THEREFORE STIPULATED:

1. The time period for Defendant City of Alameda to answer, move, or otherwise respond to the Complaint is extended to and including February 5, 2013.
2. The City of Alameda does not wish to be heard on, or participate in, matters relating to
   a. the TRO or preliminary injunction, since Plaintiffs do not seek such relief directly against the City,
   b. provisional class certification for the purposes of preliminary injunctive relief,
   c. whether Plaintiffs Doe and Roe may proceed anonymously, or
   d. whether the Doe and Roe declarations, or other declarations relating to provisional class certification or preliminary injunctive relief, may be partially sealed.

This stipulation is without prejudice to the City's right to move for decertification or modification of any class under Rule 23(d), and to the City's right to oppose class certification for any other purpose or in any other context in this action. The City does not hereby waive or forfeit any such rights, arguments, or defenses, in this regard.

This stipulation is without prejudice to any rights, arguments, or defenses the City has or may assert in this action, and the City does not hereby waive or forfeit any such rights, arguments, or defenses.

As required by Civil L.R. 5-1(i)(3), the undersigned filer attests that concurrence in the filing of this document has been obtained from the other Signatory.

November 14, 2012

/S/ Michael T. Risher
Attorney for Plaintiffs

/S/ Farimah Faiz
Attorney for Defendant
City of Alameda

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 01/16/2013

Judge Thelton E. Henderson