JAMES C. HARRISON, State Bar No. 161958
KAREN GETMAN, State Bar No. 136285
MARGARET R. PRINZING, State Bar No. 209482
REMCHO, JOHANSEN & PURCELL, LLP
201 Dolores Avenue
San Leandro, CA 94577
Phone: (510) 346-6200
Fax: (510) 346-6201
Email: mprinzing@rjp.com

Attorneys for Interveners
Daphne Phung and Chris Kelly

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN DOE, *et al.*, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KAMALA D. HARRIS, *et al.*,<br><br>Defendants. | No.: C 12-5713 TEH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 17, 2013

Respectfully Submitted,

James C. Harrison
Karen Getman
Margaret R. Prinzing
REMCHO, JOHANSEN & PURCELL, LLP


By: /S/ Margaret R. Prinzing

Attorneys for Interveners
Daphne Phung and Chris Kelly

(00190015)