UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Doe, et al.                                   Case No. C 12-05713-TEH
                    Plaintiff(s),
                                                   ADR CERTIFICATION BY PARTIES
                                                   AND COUNSEL
            v.
Kamala Harris,

                    Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 1/20/13                                     /s/ John Doe
                                                   Plaintiff John Doe


Dated: 1/20/13                                     /s/ Hanni Fakhoury
                                                   Attorney for Plaintiffs


When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Doe, et al.                                    Case No. C 12-05713-TEH
                Plaintiff(s),
                                                       ADR CERTIFICATION BY PARTIES
                                                        AND COUNSEL
        v.

Kamala Harris,
                Defendant(s).
                                              /

       Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

       (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

       (2) Discussed the available dispute resolution options provided by the Court and private entities; and

       (3) Considered whether this case might benefit from any of the available dispute resolution options.


Dated: 1/20/13                                                                     /s/ Jack Roe
                                                                                            Plaintiff Jack Roe


Dated: 1/20/13                                                                         /s/ Hanni Fakhoury
                                                                                            Attorney for Plaintiffs


When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Doe, et al.

            Plaintiff(s),

v.

Kamala Harris,

            Defendant(s).

Case No. C 12-05713-TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/18/13

                                                                Janice Bellucci, President of
                                                                Board of Directors of Plaintiff
                                                                California Reform Sex Offender
                                                                Laws

Dated: 1/18/13

                                                                [Counsel] Linda Lye
                                                                Attorney for Plaintiffs

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

**DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of the document has been obtained from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 21st day of January 2013 in San Francisco, California.

DATED:  January 21, 2013                    Respectfully submitted,

/s/ *Linda Lye*
American Civil Liberties Union
 Foundation of Northern California
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
E-mail:  llye@aclunc.org