UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Doe, et al.

                Plaintiff(s),

      v.

Kamala Harris,

                Defendant(s).
_____/

CASE NO. C-12-05713-TEH

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

**X**     not yet reached an agreement to an ADR process

☐     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference **February 11, 2013, 1:30 p.m.**

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael Risher | Plaintiffs | 415-621-2493 | mrisher@aclunc.org |
| Margaret R. Prinzing | Intervenor-Defendant | 510-346-6200 | mp@rjp.com |
| Robert Wilson | Defendant | 916-327-7870 | Robert.Wilson@doj.ca.gov |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

Dated: 1/22/13                                                    /s/ Michael Risher
                                                                   Attorney for Plaintiffs

Dated: 1/22/13                                                    /s/ Margaret R. Prinzing
                                                          Attorney for Intervenor-Defendant

Dated: 1/22/13                                                           /s/ Robert Wilson
                                                                Attorney for Defendant

Rev 12.05

**DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of the document has been obtained from the other signatories to this document.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of January 2013 in San Francisco, California.

DATED: January 22, 2013   Respectfully submitted,

/s/ *Linda Lye*
American Civil Liberties Union
 Foundation of Northern California
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
E-mail:  llye@aclunc.org

Notice of Need for ADR Phone Conference
*Doe et al v. Harris,* Case No. C-12-05713-TEH