KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
ROBERT D. WILSON
Deputy Attorney General
State Bar No. 136736
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7870
  Fax: (916) 324-8835
  E-mail: Robert.Wilson@doj.ca.gov
*Attorneys for Kamala D. Harris,
Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, JACK ROE, AND CALIFORNIA REFORM SEX OFFENDER LAWS, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,<br><br>                    Plaintiffs,<br><br>v.<br><br>KAMALA D. HARRIS, ATTORNEY GENERAL OF CALIFORNIA, AND CITY OF ALAMEDA,<br><br>                    Defendants. | Case No.: 3:12-cv-05713-TEH<br><br>**DECLARATION OF LINDA SCHWEIG RE NOTICE OF PRELIMINARY INJUNCTION TO CALIFORNIA LAW ENFORCEMENT AGENCIES**<br><br>Judge: Hon. Thelton E. Henderson<br>Trial Date: Not Set<br>Action Filed: November 7, 2012 |

I, Linda Schweig, declare as follows:

1.    I am the Program Manager of the Violent Crime Information Center (VCIC), which includes the Sex Offender Tracking Program at the California Department of Justice (DOJ). In this capacity, it is my responsibility to supervise the sending of notices to local California law enforcement agencies involved in the registration of Registered Sex Offenders. The VCIC utilizes four methods to accomplish this goal: (1) the Megan's Law website; (2) the

1

California Law Enforcement Website; (3) by means of a California Law Enforcement Telecommunication System (CLETS) CLENTR; and (4) by e-mail to registering law enforcement agencies. I have personal knowledge of the matters stated in this Declaration and if sworn as a witness I could competently testify about them.

2. In response to the court's January 11, 2013 order, I prepared the following statement for dissemination:

ATTENTION: FEDERAL COURT ENJOINS COLLECTION OF E-MAIL AND SOCIAL NETWORKING INFORMATION ON REGISTRATION FORMS.

On January 11, 2013, a federal court enjoined the Attorney General and law enforcement agencies from collecting information pertaining to e-mail addresses, internet service providers, and social networking/screen names on sex offender registration forms. These fields will not appear on the 2013 DOJ registration forms (DOJ forms 8047, 8102) which are about to be released. This injunction is in effect until the lawsuit challenging these provisions of Proposition 35, the Californians Against Sexual Exploitation (CASE) Act, is decided or until further notice. (John Doe v. Kamala Harris, Northern District of California No. C12-5713 TEH). Registering law enforcement agencies should black out these fields on the 2012 forms, and should not collect this information until further notice.

3. On January 11, 2013, I posted the statement on the public Megan's Law website, effective January 15, 2013.

4. On January 14, 2013, I posted the statement on the California Law Enforcement Web (CLEW) website. The CLEW is a secure DOJ website, used by law enforcement personnel, e.g. local police and sheriff departments, to access various law enforcement related information, including training manuals, DOJ forms, or other pertinent information the DOJ needs to disseminate to the law enforcement community.

5. On January 14, 2013, I sent out a CLENTR with the above statement. A CLENTR is a message sent from the DOJ to specified law enforcement agencies via the CLETS. It is the usual practice to send notifications of important VCIC issues by CLENTR. This CLENTR was

2

Declaration of Linda Schweig Re Notice of Preliminary Injunction to California Law Enforcement Agencies
(3:12-cv-05713-TEH)

sent to the following law enforcement agencies: all California sheriffs' offices/departments, all California local police departments, all California district attorney offices, the California Highway Patrol, and the University of California's police departments.

6. On January 14, 2013, I sent the statement via email message to all Justice Identity Manager (JIM) Administrators, who are responsible for receiving messages from the DOJ about changes to the California Sex and Arson Registry or California's registration process. Each registering agency has a designated JIM administrator whose role is to disseminate information received from the DOJ to necessary personnel within their agency.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Signed and sworn to this 28 day of January 2013 at Sacramento, California.

Linda Schweig

SA2012108623
11031960.doc

3

Declaration of Linda Schweig Re Notice of Preliminary Injunction to California Law Enforcement Agencies
(3:12-cv-05713-TEH)