MICHAEL T. RISHER (SB# 191627)
mrisher@aclunc.org
LINDA LYE (SB# 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

HANNI FAKHOURY (SB# 252629)
hanni@eff.org
LEE TIEN (SB# 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
JOHN DOE, *et al*.
on behalf of themselves and others similarly
situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, *et al*., on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KAMALA D. HARRIS, *et al*., <br><br> Defendants. | Civil Case No.  3:12-CV-05713-TEH <br><br> Stipulation and [Proposed] Order Continuing Initial Case Management Conference |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties have met and conferred and have concluded that their discovery plan and proposed schedule will depend on whether the Defendant and Interveners appeal this Court's January 11, 2013 order granting a preliminary injunction against enforcement the challenged provisions of Proposition 35.  Defendant and Interveners have yet to decide whether to appeal but will do so before February 10.  Currently, the parties' Joint Case Management Statement is due on February 4, and the Initial Case Management Conference currently set for February 11.

The parties therefore request that this Court continue the Initial Case Management Conference by at least two weeks so that the parties can submit a more informed and useful Joint Case Management Statement that reflects whether or not there will be an immediate appeal in this matter.  The parties understand that the next available date is March 4, 2013, and therefore request that date or the first available date thereafter.

IT IS THEREFORE STIPULATED:

The parties request that this Court continue the Initial Case Management Conference until March 4, 2013, or any other available date that the Court deems appropriate.

January 31, 2013

/S/ Michael T. Risher

Attorney for Plaintiffs

/S/ Robert D. Wilson

Attorney for Defendant Harris

/S/ Margaret Prinzing

Attorney for Interveners

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 02/04/2013



_____
THELTON                          JUDGE
UNITED                            COURT

Judge Thelton E. Henderson

1