KAMALA D. HARRIS
Attorney General of California
PETER K. SOUTHWORTH
Supervising Deputy Attorney General
ROBERT D. WILSON
Deputy Attorney General
State Bar No. 136736
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 327-7870
  Fax:  (916) 324-8835
  E-mail:  Robert.Wilson@doj.ca.gov
*Attorneys for Defendant and Appellant*
 *Kamala D. Harris, Attorney General of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN DOE, JACK ROE, AND CALIFORNIA REFORM SEX OFFENDER LAWS, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED,**<br><br>Plaintiffs and Appellees,<br><br>v.<br><br>**KAMALA D. HARRIS, ATTORNEY GENERAL OF CALIFORNIA, AND CITY OF ALAMEDA,**<br><br>Defendants and Appellants. | Case No. 3:12-cv-05713-TEH<br><br>**STIPULATION OF COUNSEL AND [~~PROPOSED~~] ORDER GRANTING STAY OF DISTRICT COURT PROCEEDINGS PENDING APPEAL AND VACATING PRESENTLY CALENDARED COURT DATES**<br><br>Courtroom:  12<br>Judge:  Hon. Thelton E. Henderson<br>Trial Date:  Not Set<br>Action Filed:  November 6, 2012 |

    On January 11, 2013, the Court granted Plaintiffs' Motion for Preliminary Injunction.  On January 31, 2013, the Court continued the Initial Case Management Conference from February 11, 2013 to March 4, 2013, to accommodate the possibility that Defendant and Interveners might appeal.  Because the Defendant and Interveners did appeal, the parties have met and conferred to consider whether the District Court proceedings may be stayed.  With the exception of Plaintiffs'

1. motion for class certification, which Defendant and Interveners concur may be reserved without prejudice, the parties believe that the pending appeals will resolve the primary issues in this case.

IT IS THEREFORE STIPULATED AND AGREED THAT:

1. All proceedings now before the Court may be stayed pending the outcome of the Defendant's and Interveners' appeals.

2. The stay of proceedings is without prejudice to Plaintiffs' right to file motions relating to (1) class certification, (2) amendments to the pleadings to add or remove parties, or (3) enforcement of the preliminary injunction. In addition, any party may file a stipulation and proposed order, or a motion, to lift the stay for any appropriate proceedings.

3. All presently calendared court dates may be vacated.

Dated: February 22, 2013                    Respectfully submitted,

/S/ Robert D. Wilson
Attorney for Defendant Harris

/S/ Margaret Prinzing
Attorney for Interveners

/S/ Michael T. Risher
Attorney for Plaintiffs

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED: ___02/25___, 2013     _____
                              THE
                              UNITED STATES DISTRICT COURT JUDGE

                              Judge Thelton E. Henderson