IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN DOE, et al.,

                Plaintiffs,

v.

KAMALA HARRIS, et al.,

                Defendants.

NO. C12-5713 TEH

ORDER RE: CORRESPONDENCE FROM INDIVIDUAL MEMBERS OF THE PUTATIVE CLASS

This Court granted preliminary injunctive relief on January 11, 2013. The parties had previously agreed that any such relief would "apply both to the named Plaintiffs and to all persons who are required to register under California Penal Code § 290, including those whose duty to register arises during the pendency of the TRO and any preliminary injunctive relief." Nov. 14, 2012 Stip. & Order ¶ 2.

The Court has received a letter from an individual who contends that the injunction has been violated, but it is not clear whether the individual is a member of the putative class. In any event, the Court finds it appropriate to forward all such letters to Plaintiffs' counsel, who have competently represented the interests of the putative class to date, and inform the letter writer that it has done so. The Court expects Plaintiffs' counsel to review these letters carefully and take appropriate action, which could include meeting and conferring with Defendants and, if necessary, requesting relief from this Court.

**IT IS SO ORDERED.**

Dated: 08/21/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT