FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE; JACK ROE; CALIFORNIA REFORM SEX OFFENDER LAWS, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>KAMALA D. HARRIS, Attorney General of the State of California,<br><br>    Defendant - Appellant,<br><br> and<br><br>DAPHNE PHUNG; CHRIS KELLY,<br><br>    Intervenors - Appellants. | No. 13-15263<br><br>D.C. No. 3:12-cv-05713-TEH<br><br><br>ORDER |
| JOHN DOE; JACK ROE; CALIFORNIA REFORM SEX OFFENDER LAWS, on behalf of themselves and others similarly situated,<br><br>    Plaintiffs - Appellees,<br><br>  v.<br><br>KAMALA D. HARRIS, Attorney General of the State of California, | No. 13-15267<br><br>D.C. No. 3:12-cv-05713-TEH |

Defendant - Appellant,

and

DAPHNE PHUNG; CHRIS KELLY,

Intervenors - Appellants,

Before: SCHROEDER and BYBEE, Circuit Judges, and TIMLIN, Senior District Judge.[*]

Plaintiffs-Appellees' motion to transfer consideration of fees on appeal to the district court is GRANTED.

---

[*] The Honorable Robert J. Timlin, Senior District Judge for the U.S. District Court for the Central District of California, sitting by designation.