MICHAEL T. RISHER (SB# 191627)
mrisher@aclunc.org
LINDA LYE (SB# 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

HANNI FAKHOURY (SB# 252629)
hanni@eff.org
LEE TIEN (SB# 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
JOHN DOE, *et al*.
on behalf of themselves and others similarly situated

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOE, *et al*., on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>KAMALA D. HARRIS, *et al*.,<br><br>　　　　　Defendants. | Civil Case No.  3:12-CV-05713-TEH<br><br>Stipulated motion to continue Case Management Conference by one week and [~~Proposed~~] Order |

1. On January 11, 2013, this Court granted a preliminary injunction in this matter prohibiting Defendant from enforcing part of a 2012 initiative statute that would have required that persons convicted of certain sex-related offenses to provide information about their Internet identifiers and Internet service providers to the government. Dkt. 78 (1/11/2013).

2. After Defendant and Intervenors appealed, this Court stayed the matter pending appeal as requested by all parties. Dkt. 100 (2/25/2013).

3. On November 18 of last year, the Ninth Circuit affirmed this Court's grant of a preliminary injunction and remanded the matter to this Court for further proceedings. Dkt. 105; *Doe v. Harris*, 772 F.3d 563 (9th Cir. 2014).

4. As soon as the time for filing a petition of certiorari expired, the parties began discussing how they intended to proceed with this litigation in this Court.

5. On March 2, this Court set a Case Management Conference for March 30, 2015, at 1:30 PM. Dkt. 110.

6. Lead counsel for Plaintiffs is scheduled to be on vacation that day.

7. Plaintiffs therefore request that this Court continue the Case Management Conference one week, to April 6, 2015.

8. Defendant and Interveners stipulate to this continuance.

IT IS THEREFORE STIPULATED:

The parties request that this Court continue the Case Management Conference currently set for March 30 until April 6, 2015, at 1:30 PM, in Courtroom 12, 19th Floor, San Francisco, with a Case Management Statement due on March 30.

March 12, 2015.

/S/ Michael T. Risher
Attorney for Plaintiffs

/S/ Robert D. Wilson
Attorney for Defendant Harris

/S/ James C. Harrison
Attorney for Interveners

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 03/12/2015

_____
THE HONORABLE JUDGE
UNITED STATES DISTRICT COURT

*Judge Thelton E. Henderson*