UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ROE, et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>KAMALA D. HARRIS,<br><br>   Defendant. | Case No. 12-cv-05713-TEH<br><br>**ORDER STAYING CASE** |

  This matter came before the Court for a case management conference on April 6, 2015. In the case management statement, and at the case management conference, Interveners requested a stay of proceedings in this Court while they pursue a legislative resolution of this matter. Joint Case Management Statement at 2 (Docket No. 113). Interveners specifically stated that if legislation is not approved by the California Legislature by September 14, 2015, or if legislation is approved by that date but the Governor vetoes the legislation, then Interveners would stipulate to a permanent injunction. *Id.* Although Plaintiffs expressed concern that the legislative process would be slow and possibly inadequate, they did not articulate any prejudice that they would suffer from a temporary stay, other than delay. *See id.* at 3.

  Accordingly, and finding good cause, the Court hereby STAYS proceedings in this case until September 15, 2015, at which point the stay will automatically expire. However, if Interveners file a status report by September 14 indicating that the Legislature has approved legislation potentially resolving this matter, but the time for the Governor to veto the legislation has not expired, the stay shall automatically continue until October 12, 2015. If the Governor vetoes such legislation between September 15 and October 12, the stay shall automatically expire upon such veto. If the Governor signs or approves without signing such legislation, the stay shall continue until Plaintiffs voluntarily dismiss the action, or any party files a motion to lift the stay.

Nothing in this Order shall be read to limit any party's right to file a motion to lift the stay at any time. Any motion to lift the stay filed before the dates of automatic expiration established above must set forth the injury that the filing party would suffer were the stay to remain in effect.

A further case management conference shall be held on **Monday, October 26, 2015, at 1:30 PM in Courtroom 12**. The parties shall file an updated case management statement no later than seven (7) days prior to the case management conference, setting forth the terms of any finalized legislation that may resolve the issues in this matter, as well as the parties' positions on whether such legislation does in fact resolve the issues and how to proceed to a final disposition of the case.

**IT IS SO ORDERED.**

Dated: 04/07/15  _____
THELTON E. HENDERSON
United States District Judge