MICHAEL T. RISHER (SB# 191627)
mrisher@aclunc.org
LINDA LYE (SB# 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

LEE TIEN (SB# 148216)
tien@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for Plaintiffs
JOHN DOE, *et al.*,
on behalf of themselves and others similarly situated

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, *et. al*, on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>KAMALA D. HARRIS,<br><br>　　　　　Defendant,<br><br>　　and<br><br>DAPHNE PHUNG; CHRIS KELLY,<br><br>　　　　　Intervenors. | Civil Case No. 3:12-CV-05713-TEH<br><br>Stipulation and Joint Request for dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii)<br><br>[~~Proposed~~] Order |

Because there are no further issues to be resolved in this matter, the parties jointly request and stipulate that this case be dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

DATED: January 11, 2017                        Respectfully submitted,

*/s/ Michael T. Risher*
Attorney for Plaintiffs

*/s/ Benjamin M. Glickman*
Attorney for Defendant

*/s/ Margaret R. Prinzing*
Attorney for Interveners

### Declaration

I declare under penalty of perjury under the law of the United States that concurrence in the filing of this document has been obtained from each of the other signatories. *See* Local Rule 5-1(i)(3).

Executed on January 11, 2017, in San Francisco, California.

*/s/Michael T. Risher*
Attorney for Plaintiffs

### [PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause, the Court hereby ORDERS that this case is dismissed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: 1/12/2017                                          _____
                                                          Honorable Thelton E. Henderson